IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. **19 CR 127 JDP** |
| JEREMY SCHENCK, aka Emily, | 18 U.S.C. § 2251(a)<br>18 U.S.C. § 2252(a)(2)<br>18 U.S.C. § 2253 |
| Defendant. | |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>

Between on or about September 22, 2017, and on or about August 31, 2018, exact date unknown, in the Western District of Wisconsin, the defendant,

JEREMY SCHENCK, aka Emily,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, SCHENCK used a Seagate 1TB hard drive to produce a visual depiction, an image with file name "IMG_4242.jpg," of Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a).)

COUNT 2

Between on or about September 22, 2017, and on or about August 31, 2018, exact date unknown, in the Western District of Wisconsin, the defendant,

JEREMY SCHENCK, aka Emily,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, SCHENCK used a Seagate 1TB hard drive to produce a visual depiction, an image with file name "IMG_4243.jpg," of Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a).)

COUNT 3

Between on or about September 22, 2017, and on or about August 31, 2018, exact date unknown, in the Western District of Wisconsin, the defendant,

JEREMY SCHENCK, aka Emily,

knowingly and intentionally used a minor, Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using materials that had previously been transported in interstate and foreign commerce, specifically, SCHENCK used a Seagate 1TB hard drive to produce a visual depiction, an image with file name "IMG_4244.jpg," of Minor A engaged in sexually explicit conduct.

(In violation of Title 18, United States Code, Section 2251(a).)

## COUNT 4

On or about November 6, 2018, in the Western District of Wisconsin and elsewhere, the defendant,

JEREMY SCHENCK, aka Emily,

knowingly distributed a visual depiction using any means or facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the depiction was of such conduct. Specifically, SCHENCK used Kik messenger to send an image beginning with 3fdb8acf, depicting a minor engaged in sexually explicit conduct, to a person in North Dakota.

(In violation of Title 18, United States Code, Section 2252(a)(2).)

## FORFEITURE ALLEGATION

As a result of the offenses charged in Counts 1-4 of this indictment, and upon conviction for violating Title 18, United States Code, Sections 2251(a) and 2252(a)(2), the defendant,

JEREMY SCHENCK, aka Emily,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, his right, title, and interest in the following:

(1) Any and all visual depictions which contain images which are or appear to be child pornography, together with the storage media in which they are contained.

(2) Any and all property used or intended to be used to commit or to promote the commission of the aforementioned offenses, including an Apple iPhone 8 Plus, IMEI 356770088462351, a Seagate 1TB hard drive, S/N Z9AF67DR, a Toshiba 500GB laptop, S/N 4616DoGS, and a Western Digital external 4TB hard drive, S/N WCC7K7VE992A.

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 9/18/2019

_____
SCOTT C. BLADER
United States Attorney

4