# Robert T. Ruth
# Law Offices, S.C.

**608-257-2540**

7 N. Pinckney Street, Suite 240, Madison, Wisconsin 53703
E-mail: rob@madisonattorney.com
Fax 608-257-4005

---

*Attorneys at Law*

Robert T. Ruth
Lucille A. Ruth

July 7, 2020

The Honorable James Peterson
U.S. District Judge
120 N. Henry Street
Madison, WI  53703

    Re:    *US v. Jeremy Schenck*,
           19-CR-127

Dear Judge Peterson:

    The evidence in this case overwhelmingly establishes that Schenck is deeply troubled. ███████████████████████████████████████████. Fifteen years prison, the mandatory minimum sentence by statute, plus five years of supervised release, is more than enough punishment in this case.  Such a sentence will keep Schenck in prison or on supervision until he is about 45 years old.  It will also afford him the opportunity to participate ███████████████████████████████████████████ ██████████ offered by the Bureau of Prisons.

    1.    Nature and Circumstances of the Offense

    The offense of conviction is production of child pornography. Schenck took sexually explicit photos ███████████████ and sent them to his friend in North Dakota.  ███████████████████████ ███████████████████████████████████████████████████.

1

This is bizarre and criminal behavior, but it is the kind of behavior that suggests a person in need of help more than it suggests a person in need of punishment. Even if we assume that all of this alleged conduct occurred, a few facts are worth noting. [redacted].

2. History and Characteristics of the Defendant

Schenck has no criminal history. This militates powerfully in favor of the mandatory minimum fifteen year prison sentence. The proposed sentence of fifteen years prison is half of the maximum penalty. Such a harsh sentence is rarely imposed on a first offender.

[redacted]

[redacted]

[redacted]





3. Seriousness of the Offense

The offense carries a fifteen year minimum and 30 year maximum penalty, so it is obviously considered serious by the legislature. Some of the specific allegations also carry significant shock value. This kind of conduct makes the offense more serious, but not more serious in the terms of need for punishment. The shocking aspects of the offense make the offense more serious in terms of the need for treatment.

4. Adequate Deterrence

The fear of prison does not really offer "specific deterrence" to someone like Schenck For anyone in the general public contemplating the production of child pornography, however, fifteen years prison offers extraordinary general deterrence.

5. Protection of Public

I propose a total package of 20 years for Schenck, 15 years in custody and 5 years of supervision out of custody. That means that Schenck will either be in prison or on supervision until about almost age 45. This is more than enough time to treat Schenck and to determine if, in fact, .

6. Education and Correctional Treatment



I appreciate your attention in this matter.

Sincerely,

Robert T. Ruth
Law offices, S.C.

By: /s/
Robert T. Ruth

CERTIFICATE OF SERVICE

I certify that I served a copy of this document on the government via ECF.

/s/
Robert T. Ruth