

**U.S. Department of Justice**

*Scott C. Blader*
*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*TTY 608/264-5006*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

<u>Address:</u>
*222 West Washington Avenue, Suite 700*
*Madison, Wisconsin 53703*

July 8, 2020

Re:   *United States v. Jeremy "Emily" Schenck*
      Case No. 19-cr-00127-jdp

Sentencing for Jeremy Schenck is scheduled for tomorrow afternoon.  The United States is submitting the articles attached to this filing with the Court in advance of sentencing as references in support of arguments to be made by the government at sentencing.

Very truly yours,

SCOTT C. BLADER
United States Attorney

By:      /s/
JULIE S. PFLUGER
Assistant U.S. Attorney