Special Issue on the Mental Health Implications of Violence
Against Women

# THE NEUROBIOLOGICAL TOLL OF CHILD ABUSE AND NEGLECT

GRETCHEN N. NEIGH
CHARLES F. GILLESPIE
CHARLES B. NEMEROFF
*Emory University*

*Exposure to interpersonal violence or abuse affects the physical and emotional well-being of affected individuals. In particular, exposure to trauma during development increases the risk of psychiatric and other medical disorders beyond the risks associated with adult violence exposure. Alterations in the hypothalamic-pituitary-adrenal (HPA) axis, a major mediating pathway of the stress response, contribute to the long-standing effects of early life trauma. Although early life trauma elevates the risk of psychiatric and medical disease, not all exposed individuals demonstrate altered HPA axis physiology, suggesting that genetic variation influences the consequences of trauma exposure. In addition, the effects of abuse may extend beyond the immediate victim into subsequent generations as a consequence of epigenetic effects transmitted directly to offspring and/or behavioral changes in affected individuals. Recognition of the biological consequences and transgenerational impact of violence and abuse has critical importance for both disease research and public health policy.*

Key words:   *stress; corticotrophin releasing factor; development; cortisol; abuse*

iolence against women takes a profound toll on the mental health of the immediate victims and increases the risk of mental illness in future generations. Abuse early in life has unusually robust and sustained effects. Childhood physical or sexual abuse is associated with adult health problems including somatic symptoms, psychological problems, and substance abuse; for many variables, this association is as strong as for patients experiencing current abuse (McCauley et al., 1997). In addition, women with a history of sexual abuse

AUTHORS' NOTE: Gretchen N. Neigh received grants from NARSAD, AHA, NIH. Charles F. Gillespie received grants from APIRE-Wyeth, NARSAD, NIMH. Charles B. Nemeroff received research grants from NIH MH 039415, MH 42088, MH 058922, MH 069056, MH 077083. He is a scientific advisory board member for AFSP; AstraZeneca; NARSAD; Quintiles; Janssen/Ortho-McNeil, PharmaNeuroboost, and Mt. Cook Pharma, Inc. He is a stockholder of Corcept; Revaax; NovaDel Pharma; CeNeRx, PharmaNeuroboost. Charles B. Nemeroff is the board of directors for American Foundation for Suicide Prevention (AFSP); George West Mental Health Foundation; NovaDel Pharma, Mt. Cook Pharma, Inc. His patents included method and devices for transdermal delivery of lithium (US 6,375,990 B1) and method to estimate serotonin and norepinephrine transporter occupancy after drug treatment using patient or animal serum (provisional filing April, 2001). Correspondence regarding this article may be directed to Gretchen N. Neigh, Department of Psychiatry & Behavioral Sceinces, Emory University, Atlanta, GA 30322; e-mail: gretchen.neigh@emory.edu.

TRAUMA, VIOLENCE, & ABUSE, Vol. 10 No. 4, October 2009 389-410
DOI: 10.1177/1524838009339758
# 2009 SAGE Publications

display onset of depression earlier in life and appear to engage in more harmful and self-defeating coping strategies (Gladstone et al., 2004). Furthermore, a powerful graded relationship exists between adverse childhood experiences and risk of attempted suicide throughout the life span (Dube et al., 2001). Individuals who experience stress early in life have been hypothesized to develop pathophysiological changes in the central nervous system (CNS) that increase their vulnerability to stress later in life, predisposing them to mental and physical disorders. Because not every child exposed to abuse goes on to develop adult disease, it is possible that individuals who fall ill possess a preexisting genetic vulnerability that interacts with early adverse experiences, increasing the risk of developing stress-related pathology.

The potent and robust effects of early life abuse on lifelong mental and physical health have led to neurobiological theories of potential mechanisms underlying these adverse effects. The stress diathesis model posits that excess reactivity of certain neural and endocrine systems increases individual vulnerability to stress-related disease. Exposure to stress during developmentally critical periods results in persisting hyperreactivity of the physiological response to stress, increasing the risk of stress-related disease in genetically susceptible individuals (Figure 1). This article reviews the effects of stressful early life events on the hypothalamic-pituitary-adrenal (HPA) axis, the corticotropin-releasing factor (CRF) system, the subsequent development of mood and anxiety disorders in adulthood, and the potential for transgenerational effects. Data derived from both preclinical animal models and clinical research are summarized to comprehensively describe the neurobiological consequences of early life adverse events.

## PATHOBIOLOGY OF THE STRESS RESPONSE: THE CRITICAL ROLE OF CRF

To understand the basis of long-term biological changes that frequently follow exposure to violence and abuse, the biological events that occur in response to stress must first be

FIGURE 1: A schematic representation of the basic physiology of the hypothalamic pituitary adrenal (HPA) axis. When a stress response occurs, corticotrophin releasing factor (CRF) is excreted by the paraventricular nucleus of the hypothalamus (PVN). The release of CRF from the PVN stimulates the release of adrenocortiotropic hormone (ACTH) from the anterior pituitary. When ACTH binds to receptors in the adrenal medulla, glucocorticoids are released into the circulation. Glucocorticoids, cortisol in primates and corticosterone in rodents, bind to receptors in the hippocampus, PVN, and pituitary to modulate the continuance or cessation of the response as well as adaptation. Exposure to chronic stressors, particularly during development, leads to modifications in receptor systems in the HPA axis and thereby hypo- or hyperactive stress responses. Because glucocorticoids also modulate metabolism and immune function, chronic stimulation of the HPA axis can have profound effects on the entire body.

reviewed. The chain of events in the body that is commonly referred to as the "fight or flight response" originally evolved to allow an organism to respond to a situation in which their life was being threatened. The body's response mobilizes energy for either a "fight" or a "flight," thus the common name for the response. Both the nervous system and the endocrine system work in combination to direct all available resources to the task of overcoming the threatening stimulus (stressor).

The stress response occurs in two phases. Immediately upon detection of the stressor, in the first phase of the stress response, norepinephrine is released from nerve terminals of the sympathetic nervous system and epinephrine is released from the adrenal medulla into the general circulation (see Figure 1). Moments later, CRF is released by parvocellular neurons of the hypothalamic paraventricular nucleus into the hypothalamo-hypophyseal portal system for transport to the anterior pituitary gland where it stimulates the release of adrenocorticotropic hormone (ACTH) into the general circulation (Swanson, Sawchenko, Rivier, & Vale, 1983). ACTH is then humorally transported to the adrenal cortex where it stimulates the release of glucocorticoids (cortisol in primates and corticosterone in rodents) from the adrenal cortex. This chain of events that characterizes the HPA axis response typically takes several minutes to fully engage and represents the second phase of the stress response. Activation of the HPA axis is eventually reduced through negative feedback via stimulation of glucocorticoid receptors within the hippocampus, hypothalamus, and anterior pituitary (Jacobson & Sapolsky, 1991). In the short term, the stress response is extremely adaptive because it shifts biological resources toward physiological functions that promote escape and survival. However, if the stress response becomes chronic due to repeated exposure to stressors, defects at different levels of the negative feedback system, or both, the result is a sustained increase in the level of stress hormones and the initiation of pathological changes across multiple physiological systems, resulting in stress-related diseases (McEwen, 2008).

A great deal of research has focused on the preeminent role of CRF in the adaptive response to stress and the etiology of stress-related disease. Complimenting its major role in the regulation of the HPA axis and the endocrine response to stress, CRF also plays a key role in the extra-endocrine CNS response. CRF is broadly distributed in areas of the brain outside the hypothalamus including the monoaminergic brain stem nuclei, central nucleus of the amygdala, septum, bed nucleus of the stria terminalis, hippocampus, and the cerebral cortex (Swanson et al., 1983) where it functions as a neurotransmitter in coordinating the behavioral, autonomic, and immune responses to stress (Arborelius, Owens, Plotsky, & Nemeroff, 1999). Two G protein-linked subtypes of CRF receptors, $CRF_1$ and $CRF_2$, have been described (Chalmers, Lovenberg, Grigoriadis, Behan, & De Souza, 1996; Steckler & Holsboer, 1999). A high density of $CRF_1$ receptors is located in the anterior pituitary gland, as well as in a variety of subcortical and cortical brain regions. The $CRF_2$ receptors are predominantly expressed in the heart and some brain regions (i.e., septum, ventromedial hypothalamus, dorsal raphe nuclei). Stress responses appear to be mediated through the $CRF_1$ receptor, whereas the $CRF_2$ receptor may diminish stress responses (Arborelius et al., 1999). Of note, a recent report (Rees, Akbari, Steiner, & Fleming, 2008) indicates that stress during development increases $CRF_1$ receptor expression in the paraventricular nucleus  of the hypothalamus.

Preclinical research suggests that increases in CRF release are necessary and sufficient for stress-related changes in affective behavior. Increases in depressive-like and anxious behaviors are observed following direct CNS CRF administration, including diminished food intake, disturbed sleep patterns, facilitation of fear conditioning, and decreased reproductive behavior (Dunn & Berridge, 1990; Owens & Nemeroff, 1991). In addition, direct CNS administration of CRF in nonhuman primates produces depressive symptoms, such as inactivity and huddling behavior (Kalin, Shelton, Kraemer, & McKinney, 1983). In laboratory experiments, administration of CRF also leads to fear conditioning, an enhanced startle response, and other anxiogenic behaviors (Dunn & Berridge, 1990). Agents that antagonize the effects of CRF have been found to attenuate the anxiety and depressive symptoms mediated by CNS administration of CRF (Dunn & Berridge, 1990; Skutella et al.,  1994).

Consistent with preclinical findings, clinical studies have elucidated a variety of changes in CRF neurotransmission in patients who have been diagnosed with stress-related psychiatric illnesses, such as depression and post-traumatic stress disorder (PTSD). Elevated cerebrospinal fluid (CSF) CRF concentrations

have been documented in combat veterans with PTSD (Baker et al., 1999; Bremner et al., 1997) as well as depressed patients (Nemeroff et al., 1984; Wong et al., 2000), and increased numbers of CRF immunoreactive neurons and CRF messenger RNA (mRNA) expression have been observed in the postmortem tissue of depressed patients (Purba et al., 1995; Raadsheer, Hoogendijk, Stam, Tilders, & Swaab, 1994). In addition, postmortem studies of individuals who have committed suicide identified increased concentrations of CSF CRF (Arato, Banki, Bissette, & Nemeroff, 1989), decreased expression of $CRF_1$ receptor mRNA within the frontal cortex (Merali et al., 2004), increased CRF concentrations, and decreased density of CRF receptors within the frontal cortex in comparison to controls (Merali et al., 2004; Nemeroff, Owens, Bissette, Andorn, & Stanley, 1988). Finally, effective treatment of depression using either the antidepressants, fluoxetine or amitriptyline (De Bellis, Gold, Geracioti, Listwak, & Kling, 1993; Heuser et al., 1998), or the electroconvulsive therapy (ECT; Nemeroff, Bissette, Akil, & Fink, 1991) is associated with a reduction in pretreatment levels of CSF CRF concentrations.

As a consequence of the extensive preclinical and clinical findings linking hyperactivity of CRF neurotransmission with mood and anxiety orders, antagonists of the $CRF_1$ receptor are currently being evaluated for drug development as novel anxiolytics or antidepressants (Habib et al., 2000; Holsboer & Ising, 2008; Ising & Holsboer, 2007; Zobel et al., 2000). The results of one open study with R121919 were promising (Zobel et al., 2000). Although a recent clinical trial in major depression with a Pfizer compound was unsuccessful, this trial did not distinguish between individuals with and without exposure to early life stress (ELS; Binneman et al., 2008), and moreover the magnitude of $CRF_1$ receptor occupancy obtained in this study was unclear. Other $CRF_1$ receptor antagonist studies are ongoing. As discussed in detail in this review, individuals exposed to ELS may manifest a distinct endophenotype of depression characterized by marked hyperactivity of the CRF system. $CRF_1$ receptor antagonists may be particularly effective in this subset of patients.

In summary, CRF is a key mediator of the mammalian stress response. Dysregulation of the CRF system may explain the symptomatology of increased vigilance and enhanced startle observed in patients with anxiety disorders, such as PTSD, and may in part explain the high incidence of comorbid mood and anxiety disorders. Given the pivotal role of CRF in the response to stress, it may be a key mediator of stress-evoked pathologies including those which follow violence and abuse. To fully appreciate the consequences of early life abuse, it is also important to review the evidence for long-term and pleiotropic effects of abuse during development, effects which are likely mediated by changes in the HPA axis and CRF neurotransmission.

## LONG-TERM CONSEQUENCES OF EARLY LIFE STRESS EXPOSURE

The preponderance of clinical data illustrates the long-term adverse impact of physical and sexual abuse on mental health. A large study of adult female twins demonstrated that childhood sexual abuse was associated with an increased risk of major depression. In addition, women with a history of sexual abuse were more likely to manifest depressive-like behaviors after stressful life events than women without a history of abuse (Kendler, Kuhn, & Prescott, 2004). The developmental timing of the abuse may also contribute to the clinical outcome of exposure to childhood trauma. Women abused prior to 13 years are equally likely to develop either PTSD or major depressive disorder (MDD); however, women abused after 13 years are more likely to develop PTSD than MDD (Maercker, Michael, Fehm, Becker, & Margraf, 2004). This divergence in clinical course may, in part, be linked to the development of the HPA axis and stress-coping mechanisms.

## PERVASIVE AND ENDURING EFFECTS OF EARLY LIFE STRESS

- Neurodevelopmental Delays
- HPA Axis Dysfunction
- Metabolic Syndrome
- Cardiovascular Disease
- Immune System Dysfunction
- Major Depressive Disorder
- Post Traumatic Stress Disorder
- Compromised Reproductive Health
- Transgenerational Effects

Dysregulation of the HPA axis has been repeatedly documented following early life stress (ELS) and has been proposed as a potential mediator of the long-term effects of abuse. Much of the available information about the effects of early life sexual or physical abuse on mental and physical health come from the use of the Trier Social Stress Test (TSST), a well-validated method for assessing stress reactivity (Heim et al., 2000). During the TSST, the participant is asked to deliver a 10-min public address and performs a mental arithmetic task in the presence of a panel of evaluators. Variables measured include heart rate, plasma ACTH, and cortisol concentration at several intervals before, during, and after the performance component of the test. Heim and colleagues (2000) compared four groups of women: women without psychiatric illness or history of ELS serving as a control group (CON), depressed women without a history of ELS (non-ELS/MDD), depressed women with a history of ELS (ELS/MDD), and nondepressed women with a history of ELS (ELS/non-MDD). The greatest ACTH and cortisol responses and increases in heart rate in the TSST occurred in the ELS/MDD group. In fact, the ACTH response of these women was more than six times greater than that observed in the CON, indicative of marked hyperreactivity of the HPA Axis. These women exhibited greater rates of comorbid PTSD (85%) in comparison to the other groups. The increased reactivity of the HPA axis suggests that ELS produces an enduring sensitization of the HPA axis. In addition, the increased heart rate response to the TSST suggests a sensitization of the autonomic nervous system. The profound effects of ELS on the reactivity of these two systems may constitute an important etiological element in the development of stress-related adult psychiatric disorders, including major depression and PTSD.

To further explore the hypothesis that ELS alters set points of the HPA axis, standard HPA axis challenge tests (CRF stimulation test and ACTH$_{1-24}$ stimulation test) were performed in a similar population of women (Heim, Newport, Bonsall, Miller, Nemeroff, 2001). Depressed women, irrespective of history of abuse, exhibited a blunted ACTH response to

exogenously administered CRF. In contrast, women who were not currently depressed, but reported a history of abuse, had an exaggerated ACTH response following CRF infusion as compared to nondepressed, nonabused women. These same abused, nondepressed women had lower plasma cortisol concentrations at baseline and after administration of ACTH$_{1-24}$. Similar effects of ELS have also been reported for female participants using the dexamethasone/CRF test (Tyrka et al., 2008). Collectively, these findings provide a robust demonstration of prolonged consequences of early life abuse on the HPA axis of women, both with and without current MDD. The HPA axis is not the only neuroendocrine system altered by ELS; recently, CSF concentrations of oxytocin, a neuropeptide of paramount importance in a variety of female reproductive behaviors including maternal behaviors, childbirth, and breast-feeding, have been shown to be markedly reduced in adult women who were victims of child abuse (Heim et al., 2008).

In addition to the neuroendocrine and neurotransmitter alterations observed in patients with ELS, there is evidence that such experiences may also alter brain structure. The hippocampus is a prominent substrate for glucocorticoid-mediated negative feedback on HPA axis activity. In addition, this area is particularly sensitive to stress-induced damage, likely due to the colocalization of glucocorticoid receptors and glutamate receptors. Glucocorticoids inhibit glucose uptake into hippocampal neurons and augment damage (Armanini et al., 1990), as illustrated by the finding that stress-induced elevations in glucocorticoid concentrations exacerbate neuron loss in the hippocampus (Stein-Behrens et al., 1994). Cell death has been demonstrated following severe chronic stress (Uno et al., 1989), and in less severe cases, stress-induced alterations in dendritic morphology and neurotransmitter receptors have been documented (McEwen, 1994; Sapolsky, 2003). In addition, changes in hippocampal cytoarchitecture after chronic stress have been associated with changes in mood as well as cognition (McEwen & Magarinos, 2001).

Clinical brain imaging studies of the hippocampus reinforce these preclinical findings.

Reduced hippocampal volume is found in some, but not all, patients with unipolar depression (Campbell & Macqueen, 2004). In addition, hippocampal atrophy is greatest in depressed patients with a higher total lifetime duration of depression (Sheline, Sanghavi, Mintun, & Gado, 1999; Sheline, Wang, Gado, Csernansky, & Vannier, 1996;). ELS has also been linked to decreased hippocampal volume (Driessen et al., 2000; Stein, Koverola, Hanna, Torchia, & McClarty, 1997); and ELS may be an important contributor to reduced hippocampal volume in depression. To evaluate this hypothesis, hippocampal volume was measured in depressed women with and without a history of ELS, as well as in a CON of women. Reduced hippocampal volume was found to occur solely in depressed women with a history of ELS. Depressed women without ELS and women from the CON had similar hippocampal volumes (Vythilingam et al., 2002). These data suggest that previous reports of reduced hippocampal size in patients with depression may in fact be more related to a history of ELS rather than to depression per se. The implications of reduced hippocampal volume are not fully understood but likely include dysregulation of the HPA axis and cognitive impairment. The concatenation of findings demonstrates that ELS alters the HPA axis and markedly increases the risk of depression and other disorders.

Because of the limitations associated with conducting experiments in human participants, animal models are invaluable in understanding the pathologic consequences of stress and trauma exposure. A multitude of preclinical studies have demonstrated that early life stressful experiences, such as maternal deprivation, exert both acute and long-term effects on neuroendocrine, cognitive, and behavioral systems (Gutman & Nemeroff, 2002). Early stress appears to produce persistent changes in CRF-containing neural circuits, increasing the risk of development of mood and anxiety disorders in adulthood. Research using rodent and nonhuman primate models of ELS has provided significant insight into the consequences of ELS on the biology of the HPA axis. These data suggest that the abnormalities of HPA activity described in depressed patients with ELS are a direct consequence of stressful experiences during development (Heim, Plotsky, & Nemeroff, 2004). Laboratory animals exposed to stressful conditions during development manifest adverse short- and long-term cognitive dysfunction and abnormal behavior associated with alterations of the normal physiology and genetic regulation of the CRF system (Gutman & Nemeroff, 2003; Ladd et al., 2000). Pathological stress responsiveness in adult mammals appears to be mediated in part through the effects of developmental stress on the neural systems mediating the expression of fear (Caldji et al., 1998; Caldji, Francis, Sharma, Plotsky, & Meaney, 2000; Liu et al., 1997) and the quality of maternal care early in development may be a moderating influence that has substantial effects on the ontogeny of the stress response in adult animals (Szyf, Weaver, Champagne, Diorio, & Meaney, 2005).

The consequences of social deprivation or impaired maternal care as a form of ELS have been studied extensively using a variety of nonhuman primate models (Suomi, 1991, 1997). Social deprivation models in which infant monkeys are raised in isolation from their mother result in depressive symptoms and reduced CSF norepinephrine concentrations (Kraemer, Ebert, Schmidt, & McKinney, 1991), whereas transient separation of infant macaques from their mother results in elevated plasma cortisol concentrations (Levine, Johnson, & Gonzalez, 1985). Furthermore, monkeys raised without maternal contact during the first 6 months of life exhibit increased distress and passive behavior compared to maternally reared peers (Suomi, 1991). In addition, monkeys peer reared during the first 6 months of life also exhibit increased cortisol responses to social situations (Fahlke et al., 2000; Levine, Wiener, & Coe, 1993), a diminished ability to negotiate stressful events (Levine et al., 1993), exaggerated vocalizations (Levine et al., 1993), and increased consumption of alcohol in comparison with maternally reared monkeys (Fahlke et al., 2000; Higley, Hasert, Suomi, & Linnoila, 1991).

Another approach for studying developmental stress in nonhuman primates is the variable foraging demand paradigm. Exposure

of mother-infant dyads of bonnet macaques to varying levels of foraging requirements over a 3-month period results in substantial behavioral dysregulation in infant macaques. In this paradigm, three groups of macaques were utilized: a low foraging demand (LFD) group that was able to easily obtain food, a high foraging demand (HFD) group where acquisition of food was contingent on completion of a daily task, and a variable foraging demand (VFD) group where availability of food was unpredictable. The general rationale of this protocol is that the lack of predictability in food availability within the VFD group leads to maternal distress that is reflected in compromised infant care. Compared to LFD- and HFD-reared macaques, VFD-reared macaques demonstrate anxious temperament and chronically elevated concentrations of CSF CRF in adulthood (Coplan et al., 1996). The elevations in CSF CRF following rearing in the VFD condition are quite stable and still present when measured in adult macaques (Coplan et al., 2001). Furthermore, VFD-reared macaques also exhibit a host of persistent noradrenergic and serotonergic abnormalities (Coplan et al., 2000; Rosenblum et al., 1994). The effects of VFD are not limited to the HPA axis and behavior but VFD also affects other organ systems. Two years after the end of the VFD paradigm, a moderate stressor not only induced a greater cortisol response but also pronounced an immune response as compared to normally reared bonnet macaques of the same age (Smith, Batuman, Trost, Coplan, & Rosenblum, 2002). VFD also produces a greater body weight, higher body mass index (BMI), greater abdominal circumference, and insulin resistance (pre-diabetes) in adult animals than those raised in standard rearing environments (Kaufman et al., 2007).

Collectively, the data derived from rodent and nonhuman primate studies demonstrate that the effects of ELS continue into adulthood in the form of hyperresponsiveness of the HPA axis to environmental stress and abnormal behavior. However, significant limitations exist with respect to the extent that the findings derived from preclinical research in animals may be applied to humans. Aside from the problem of generalization imposed by species differences in brain development and anatomy, much of the present animal literature models reduced, rendered inconsistent, or entirely eliminated interaction between parent and offspring during development, but they do not model physical, sexual, or emotional abuse. These experimental deprivation paradigms appear to be stressful because they subtract care from the social environment during development. Consequently, they are more likely informative of the effects of ''deficit states'' such as neglect, instability of living environment, or parental loss on human stress biology and behavior and thus complement the extensive clinical literature on the consequences of child neglect.

Recently, evidence has come to light to demonstrate the effects of abuse during early life on the HPA axis and behavior in an animal model. Variation in parenting style occurs naturally in rhesus monkeys with differing rates of rejection as characterized by the extent to which the mother limits the timing and duration of contact, suckling, and carrying. Two-year-old female monkeys with a history of higher rates of rejection in the first 6 months of life engaged in more solitary play and higher rates of scratching behavior—a behavior that is indicative of anxiety. Furthermore, offspring with higher rates of rejection had lower CSF 5-hydroxyindoleacetic acid (5-HIAA) concentrations, a major serotonin metabolite, which negatively correlated with the degree of anxiety-like behavior (Maestripieri et al., 2006). Abused infants exhibited delayed independence from their mothers, which included higher rates of distress calls and anxiety as well as differences in play. HPA axis activity was also altered following this naturally occurring abuse. During the first month of life, when abuse is most prevalent, infants had elevated plasma cortisol levels when compared to nonabused infants. However, by 6 months of age, the monkeys exhibited blunted basal cortisol levels and an attenuated ACTH response to CRF compared to control monkeys (McCormack, Sanchez, Bardi, & Maestripieri, 2006). These data demonstrate the effects of abuse early in life on the HPA axis and behavior in an animal model that replicates many of the findings in clinical studies.

## PUBERTY—A WINDOW OF INCREASED SUSCEPTIBILITY

The effects of stress during puberty are not as widely studied as those earlier in life; however, this appears to be an additional critical period. If the first episode of an affective disorder manifests during puberty, the individual is much more likely to experience additional episodes later in life when compared to those in which the first episode occurs after 20 years (Weissman, Wolk, Goldstein, et al., 1999; Weissman, Wolk, Wickramaratne, et al., 1999). In addition, bullying is a risk factor for MDD and suicidality in adolescents (Klomek, Marrocco, Kleinman, Schonfeld, & Gould, 2007). The stress-sensitive critical period of puberty may be a particularly important area of study to understand the long-term effects of violence and abuse against women. Data available to date as well as the findings from other critical periods indicate that the HPA axis may be involved in this phenomenon as well. Rodent models also indicated enhanced stress susceptibility during puberty, suggesting that it is a physiological and not psychological phenomenon. Social stress exposure during puberty alters the formation of agonistic behaviors in female golden hamsters (Taravosh-Lahn & Delville, 2004). In addition, social stress during puberty can alter subsequent stress responses (McCormick & Mathews, 2007) as well as substance abuse behaviors in animals (Ferris & Brewer, 1996; McCormick, Robarts, Gleason, & Kelsey, 2004). Exposure to chronic variable stress during puberty enhances the acoustic startle response both at the end of puberty and in adulthood (Maslova, Bulygina, & Popova, 2002). Furthermore, short-term exposure (3 days) to a psychogenic stressor (predator odor and elevated platform) during puberty produces sustained changes in fear-related behavior (Toledo-Rodriguez & Sandi, 2007).

Our understanding of the effects of stress during puberty, a time of profound neurobiological and reproductive changes on mental and physical health is underdeveloped. Of the paucity of data currently available, little of the work has been conducted on female participants. Given the role of estrogen in modulation of the neurobiological response to stress (McEwen, 2002) and the increased risk of violence and abuse exposure for women during this period, it is imperative that research efforts in this area intensify.

## GENETIC INFLUENCES ON OUTCOME FROM TRAUMA

Exposure to violence and trauma alone, regardless of stage of development, does not produce adverse effects in all exposed women, and the risk of development of PTSD and depression is, in part, clearly heritable (Bradley et al., 2008; Kaufman et al., 2006; Sullivan, Neale, & Kendler, 2000). Within the field of psychiatric genetics, a major goal of research is to understand how genetic variation alone and in concert with the environment influences individual vulnerability to disease (Figure 2). With respect to stress-related psychiatric illnesses, such as depression and PTSD, a great deal of this work has focused on the identification of candidate genes whose allelic variants are thought to contribute to the risk of disease in the presence of ELS.

The serotonin transporter (SERT) gene (Lesch et al., 1993) has repeatedly been implicated as an important candidate gene in association studies conducted with depressed patients. A common functional polymorphism in the $5'$ promoter region of SLC6A4, referred to as the 5-HT transporter gene-linked polymorphic region (5-HTTLPR), has been associated with different basal activity of the transporter, most likely related to differential transcriptional activity (Gelernter, Cubells, Kidd, Pakstis, & Kidd, 1999). In a seminal study, Caspi and colleagues (Caspi et al., 2003) used a large and extensively characterized New Zealand cohort to demonstrate that exposure to stress in childhood, in concert with a particular 5-HTTLPR genotype, was predictive of depressive symptoms in adulthood. These results have been widely replicated (Cervilla et al., 2007; Lenze et al., 2005; Nakatani et al., 2005; Zalsman et al., 2006;). Building on these initial findings, Kaufman and colleagues reported that particular variants of the SERT gene and the Met allele of the brain-derived neurotrophic factor (BDNF), a neurotrophin linked to neuronal pathology and responsive to antidepressants, Val66Met polymorphism in the

GENOME                                                    ENVIRONMENT

allelic variation                    perinatal stress

gene expression                    sensitive period      SUPPORT

PHENOTYPIC
PUBERTY                    PLASTICITY              TRAUMA

social experience

RESILIENCE              VULNERABILITY

FIGURE 2: The manifestation of psychiatric diseases such as MDD and PTSD is modulated by the interactions of genetics and the environment. Some gene x environment interactions confer resilience while others produce vulnerability. Development is a time of particular susceptibility to negative gene x environment interactions leading to increased risk for manifestation of psychiatric and somatic disorders when exposed to negative environmental conditions prior to the end of adolescence. Epigenetic changes in response to stress exposure are not limited to the exposed individual but are transmitted between generations perpetuating the adverse    effects.

presence of ELS, influence the development of depression in children (Kaufman et al., 2006). Similar findings, in terms of the effects of stressful life events on depression risk as a function of SERT and Val66Met genotype, have also been reported in a geriatric Korean cohort (Kim et al., 2007). BDNF may influence the risk of depression by altering reactivity of the HPA axis. Homozygous carriers of the Met/Met genotype demonstrate significantly higher HPA axis activity during the dexamethasone/CRF test than patients carrying the Val/Val or Val/Met genotype (Schule et al.,2006).

Allelic variants within genes coding for elements of the HPA axis that influence the risk of depression and PTSD in individuals with a history of ELS have recently been identified. Data from a large sample of heavily traumatized, inner-city African Americans identify single nucleotide polymorphisms (SNPs) as well as haplotypes within the *CRHR1* gene that predict scores on the Beck Depression Inventory as a function of trauma exposure (Bradley et al., 2008). Using an overlapping sample, SNPs of the *FKBP5* gene, which codes for a key regulator of the glucocorticoid receptor,  were found to interact with child abuse severity to predict PTSD symptoms in adults (Binder et al., 2008).

For those individuals exposed to early life trauma, both gene gene and gene environment interactions likely influence the development of depression and other disorders. Notably, the genetic variants described by several studies only confer the risk of depression and PTSD in the setting of childhood maltreatment. These data highlight the critical role of developmental timing and environmental influences on the expression of genetic risk of psychiatric illness. Continued efforts to elucidate the genetic variables that confer risk and resilience in individuals exposed to stress during development may enhance our ability to protect and more effectively treat young women and to identify "at-risk" populations.

PLEIOTROPIC EFFECTS OF ELS

The research described thus far in this review demonstrates that trauma exposure and neglect during early life as well as in adulthood substantially elevate adult risk of mood and

anxiety disorders (Chapman et al., 2004; Dube et al., 2001; Felitti et al., 1998; Gladstone et al., 2004; McCauley et al., 1997) and alter HPA axis physiology (Heim et al., 2000; Heim & Nemeroff, 2001; Heim et al., 2001). However, the detrimental effects of early life abuse and trauma are not limited to mental health and stress physiology. Trauma exposure early in life has also been linked to both substance abuse (Felitti et al., 1998; McCauley et al., 1997) and unintended first pregnancy (Dietz et al., 1999). Furthermore, the implications of early life trauma reach beyond mental health and behavior and have remarkable implications for somatic health. ELS exposure increases the incidence of systemic inflammation (Danese, Pariante, Caspi, Taylor, & Poulton, 2007; Danese et al., 2008) and a variety of medical illnesses, including obesity (Felitti et al., 1998; Gunstad et al., 2006; Lissau & Sorensen, 1994), cardiovascular disease (Batten, Aslan, Maciejewski, & Mazure, 2004; Caspi, Harrington, Moffitt, Milne, & Poulton, 2006; Dong et al., 2004; Goodwin & Stein, 2004), cerebrovascular disease (Smith, Hart, Blane, & Hole, 1998), diabetes mellitus (Goodwin & Davidson, 2005; Goodwin & Stein, 2004;), cancer (Smith et al., 1998), and autoimmune disorders (Goodwin & Stein, 2004). Furthermore, a graded relationship appears to exist between exposure to trauma and psychiatric/health morbidity in adulthood (Felitti et al., 1998; McCauley et al., 1997). Although the biology of the interrelationships among ELS, mental illness, and somatic illness are just beginning to be understood, the lifelong effects of ELS on both mental and physical health are well documented and the HPA axis is a likely mediator of both types of pathophysiology.

PTSD in particular, and certain forms of mood and anxiety disorders in general, have been associated with dysregulation of the nervous (Armony, Corbo, Clement, & Brunet, 2005; Forbes, Miller, Cohn, Fox, & Kovacs, 2005; Guthrie & Bryant, 2005; Hendler et al., 2003; Orr et al., 2003; Orr, Lasko, Shalev, & Pitman, 1995; Rauch et al., 2000; Wessa, Karl, & Flor, 2005), neuroendocrine (Carpenter et al., 2004; Heim et al., 2000; Yehuda et al., 1993, 1995, 2001; Yehuda, Golier, & Kaufman, 2005), and immune systems (Miller, Stetler,

Carney, Freedland, & Banks, 2002; Pace et al., 2006). Of note, each of these systems is involved directly in the acute adaptation to stress. One hypothesis for the etiology of PTSD and other forms of psychopathology is that exposure to stressful events results in a constellation of persisting organ-specific pathophysiology that affects susceptibility to psychiatric illness. The developmental timing of exposure to such events is clearly important because considerable data have demonstrated that exposure to stressful events during childhood is associated with the presence of altered functioning in adults of the cardiovascular (Luecken, 1998), neuroendocrine (Heim et al., 2000; Luecken, 1998, 2001), and immune systems (Pace et al., 2006). These alterations may cumulatively contribute to the etiology, maintenance, and progression of various forms of trauma-related psychiatric and medical illness through persisting activation of these stress-responsive organ systems.

## MULTIGENERATIONAL EFFECTS OF VIOLENCE AND TRAUMA

The potential for generational effects of abuse against women has already been alluded to in this review, but given the profound implications of abuse toward women on subsequent generations, we felt it was warranted to directly address this issue. There are several avenues by which abuse can reverberate among generations, which include adverse effects on the fetus during pregnancy, effects on maternal behavior, and epigenetic effects.

### Pregnancy and Stress

Epidemiological data indicate that up to 20% of pregnant women experience one or more episodes of abuse during pregnancy (Shoffner, 2008). In addition, we have already established that women with a history of abuse, particularly early in life, are at higher risk of depression and anxiety disorders. Recent work indicates that maternal depression may itself represent the first adverse life event to which one can be exposed. The relationship between maternal depression and infant salivary cortisol concentrations was examined in 6-month-old infants. Maternal history of depression was

associated with elevated baseline infant cortisol concentrations and active peripartum depression was associated with higher infant cortisol secretion in response to brief restraint stress. These data suggest that exposure to a depressed mother either in utero or in the first months of life may alter the HPA axis (Brennan et al., 2008). Additional clinical evidence for maternal state effects on the unborn child stems from the September 11, 2001 attacks in New York City. At 9 months of age, infants born to mothers who developed PTSD following exposure to the September 11 had lower salivary cortisol than infants born to unexposed individuals. This effect was most pronounced in infants whose mothers were in the third trimester of pregnancy at the time of the attacks (Yehuda, Engel, et al., 2005).

Our understanding of the maternal state on the physical well-being of the offspring has been greatly advanced by preclinical work with animal models. Carefully controlled studies have clearly established that exposing the mother to a stressful or abusive environment is akin to exposing the fetus directly. Given that stress exposure in the laboratory animal studies is mild compared with the magnitude of stress and trauma experienced by women afflicted by violence and abuse, the demonstrable physiological repercussions for the offspring after maternal stress exposure are remarkable. Case in point, exposure of a pregnant guinea pig to a strobe light, an aversive but not physically harmful stimulus, during late gestation results in sustained HPA axis abnormalities, disruption of the sex steroid systems, and increased anxiety-like behavior in the offspring. Two hours of light stress on 3 consecutive days of gestation caused persistent changes in the pups. The offspring of guinea pigs exposed to these aversive conditions exhibited elevations in basal and stress-induced corticosterone concentrations, suggesting abnormalities in both basal and stress-induced function of the HPA axis. Furthermore, exposure to stress during gestation caused an increase in anxiety-like behavior, as demonstrated by increased wall-seeking behavior in adult offspring (Kapoor & Matthews, 2005).

The noxious effects of seemingly innocuous stressors are not unique to guinea pigs, specifically, or rodents in general. Primates exhibit similar responses to aversive, although innocuous, stimuli. In addition, the effects in primates extend beyond the HPA axis to multiple organ systems. Acoustic stress for 10 min a day during 30% of gestation of rhesus monkeys resulted in multiple physiological and behavioral alterations, including HPA axis changes. Although overt somatic growth was unchanged, this relatively mild stressor caused immature neuromotor reflexes in the neonate and increased emotional reactivity. A modified Brazelton Newborn Behavioral Assessment Scale was used to assess the neuromotor reflexes of the neonate rhesus monkeys. Infants derived from stressed pregnancies showed early impairments in motor coordination and muscle tone and shorter attention spans when compared to controls (Schneider, 1992; Schneider, Coe, & Lubach, 1992). This mild stressor also altered immune function including abnormal lymphocyte responses to cytokines and hormones (Coe, Kramer, Kirschbaum, Netter, & Fuchs, 2002) and altered bacterial colonization of the gut of infant monkeys (Bailey, Lubach, & Coe, 2004). CNS abnormalities were also evident in young adult offspring after maternal exposure to acoustic stress as evidenced by smaller corpus callosal size (Coe, Lulbach, & Schneider, 2002) and hippocampal pathology. Monkeys whose mothers were exposed to acoustic stress during gestation had reduced hippocampal volume, inhibition of neurogenesis in the dentate gyrus, increased HPA axis reactivity, and a behavioral profile consistent with increased emotional reactivity at 2–3 years of age (Coe et al., 2003). Collectively, these data demonstrate the profound effects of prenatal stress exposure. The reported changes in brain morphology are consistent with changes found following severe forms of chronic stress in rodents (McEwen & Magarinos, 2001) or after trauma in humans (Yehuda, Golier, et al., 2005). These findings are particularly disturbing because the mothers in these studies were exposed to what is roughly equivalent to a loud noise and their offspring were profoundly affected. These preclinical data highlight the clinical potential for even verbal and psychological abuse during pregnancy to alter the brain and behavior of the unborn child.

Multiple hormones and neurotransmitters change in response to a stressor, but laboratory findings suggest a particularly salient role for glucocorticoids in the production of the lifelong effects of exposure to gestational stress. The administration of dexamethasone, a synthetic glucocorticoid, exerts similar effects on the fetus as prenatal stress. When administered during the last week of gestation, dexamethasone alters the development of the HPA axis. Thus, corticosterone concentrations are higher in dexamethasone-exposed offspring than in saline-treated controls (Levitt, Lindsay, Holmes, & Seckl, 1996; Welberg, Seckl, & Holmes et al., 2001). Glucocorticoid exposure in utero can retard brain weight and delay maturation of neurons, myelination, glia, and vasculature (Huang, Harper, Evans, Newnham, & Dunlop, 2001a, 2001b). In addition, in utero exposure to glucocorticoids alters neuronal structure and synapse formation (Antonow-Schlorke, Schwab, Li, & Nathanielsz, 2003) and may permanently alter brain structure (Matthews, 2000). Furthermore, glucocorticoid exposure increases CRF concentrations in the amygdala and fear and anxiety-like behaviors (Welberg, Seckl, & Holmes, 2000; Welberg et al., 2001).

In addition to neuronal consequences of excess glucocorticoid exposure, adverse effects on the cardiovascular system have been reported. Prenatal exposure to glucocorticoids alters the vascular response to vasoconstrictors and attenuates vasorelaxation in sheep, suggestive of microvascular dysfunction (Docherty et al., 2001; Molnar, Nijland, Howe, & Nathanielsz, 2002). Rats exposed to prenatal stress demonstrate longer lasting hypertension following restraint stress in adulthood than control rats (Igosheva, Klimova, Anishchenko, & Glover, 2004). Prenatally stressed rats also exhibit prolonged heart rate responses to acute stress and delayed recovery when compared to controls, and these effects are more pronounced in females than in males (Igosheva et al., 2004). In humans, changes of this nature in the cardiovascular system can increase the risk and severity of cardiovascular disease later in life (McMillen et al., 2008).

Collectively, these data demonstrate that prenatal stress can produce long-term effects on the HPA axis as well as on major organ systems in the offspring. The preclinical data available to date suggest a preeminent role for glucocorticoids in these effects. Women who are victims of abuse represent a particularly "at-risk" population of mothers because their unborn children are exposed to the mental and physiological repercussions of the mother's early life trauma as well as the mental and physiological effects of current abuse.

## Maternal Behavior and Epigenetics

The effects of trauma cross the generational boundary and significantly alter the mental health of the subsequent generation. Some of these effects are likely due to epigenetic changes in the DNA (Meaney, Szyf, & Seckl, 2007), but there is also a strong environmental effect of being raised by an abused parent. Environmental effects are illustrated by the finding that children of Holocaust survivors with PTSD report more neglect and emotional abuse than demographically comparable children of parents without PTSD (Yehuda et al., 2000). Regardless of epigenetic or environmental origins, adult children of Holocaust survivors exhibit an increased incidence of mood disorders and multiple alterations in HPA axis function. Adult children of Holocaust survivors have a greater lifetime prevalence of PTSD, as well as other mood and anxiety disorders, than demographically similar persons with a similar lifetime trauma exposure (Yehuda, Schmeidler, Giller, Siever, & Binder-Brynes, 1998). The children of Holocaust survivors who were exposed to trauma but did not manifest PTSD were also at an increased risk of mental health disorders when compared to individuals with unexposed parents (Yehuda, Halligan, & Bierer, 2001).

As mentioned, one potential mechanism for the increased prevalence of mood and anxiety disorders is altered HPA axis physiology. Children of Holocaust survivors have significantly lower 24-h urinary cortisol secretion when

compared with control participants, and off-spring of holocaust-surviving parents with PTSD had lower cortisol levels than offspring of Holocaust survivors that did not manifest PTSD (Yehuda et al., 2000). In addition, adult children of Holocaust survivors who manifested PTSD exhibit enhanced cortisol negative feedback inhibition in response to a dexamethasone suppression test (DST; Yehuda, Blair, Labinsky, & Bierer, 2007). Collectively, these data demonstrate that abuse can alter HPA axis activity and risk of psychiatric disorder at least one generation removed from the trauma exposure.

Preclinical studies also demonstrate the impact of altered maternal care on the offspring. The effects of maternal separation during development on the stress response of rodents have been studied in depth (Ladd et al., 2000). Adult rats repeatedly separated as pups from dams for variable amounts of time exhibit enhanced activity and dysregulation of the HPA axis (Ladd, Huot, Thrivikraman, Nemeroff, & Plotsky, 2004; Ladd, Owens, & Nemeroff, 1996; Ladd, Thrivikraman, Huot, & Plotsky, 2005; Plotsky & Meaney, 1993), increased CRF mRNA expression within areas of the brain that facilitate adaptation to stress or threat (Ladd et al., 2005; Plotsky & Meaney, 1993), increased frequency of anxious behavior (Huot, Thrivikraman, Meaney, & Plotsky, 2001; Ladd et al., 2005), and increased ethanol preference (Huot et al., 2001). The adverse consequences of early maternal separation are reversed by treatment with anti-depressants (Huot et al., 2001) and prevented by provision of an enriched environment (Francis, Diorio, Plotsky, & Meaney, 2002) or surrogate maternal care during development (Huot, Gonzalez, Ladd, Thrivikraman, & Plotsky, 2004).

Studies of natural variations in maternal behavior of rodents also demonstrate profound effects on the HPA axis and behavior. Meaney and colleagues have extensively studied the differences in offspring of rats which engage in high and low levels of maternal care (Fish et al., 2004; Meaney & Szyf, 2005; Szyf, Weaver, & Meaney, 2007; Zhang, Parent, Weaver, & Meaney, 2004). These studies have linked   the differences in HPA axis responsiveness to an epigenetic change that is catalyzed by the varying levels of maternal care. Specifically, altered histone acetylation and transcription factor (*NGFI-A*) binding to the glucocorticoid receptor promoter differs between the progeny of different care types. The increases in NGFI-A induced by higher levels of maternal care are hypothesized to increase transcription and thereby increase glucocorticoid receptor mRNA (Szyf et al., 2005). Recently, a similar epigenetic effect has been reported in the clinical population. Analysis of genomic DNA from mononuclear cells of cord blood of term fetuses demonstrated that higher levels of reported maternal stress during the third trimester were associated with more methylation at the NGFI-A-binding site. These increases in methylation were also associated with higher salivary cortisol stress responses at 3 months of age (Oberlander et al., 2008).

Additional work is necessary to elucidate the mechanisms by which HPA axis stress-induced changes and the mental and physical consequences of these changes pass between generations. However, it is undeniable that the effects of abuse are not limited to the immediate victims. The mental and physical consequences of abuse reverberate through generations.

## TREATMENT IMPLICATIONS OF ELS EXPOSURE

The data described in this review indicate that patients with depression or PTSD and a history of ELS, such as physical and sexual abuse, may constitute unique endophenotypes with respect to treatment response and course of illness. Such patients may require a unique treatment protocol. ELS has been found to impact the clinical response of depressed patients to pharmacotherapy (Hayden & Klein, 2001; Kaplan & Klinetob, 2000), and the presence or absence of ELS in patients with chronic depression appears to moderate their response to pharmacotherapy, psychotherapy, or a combination of both (Nemeroff et al., 2003). Furthermore, patients with depression and a

history of ELS have been reported to exhibit increased rates of relapse following successful treatment of depression (Lara, Klein, & Kasch, 2000). These data highlight the importance of a strong therapeutic alliance in the treatment of chronic depression. Chronicity is a more common feature of depression in those with a history of ELS than for individuals with depression without a history of childhood neglect or abuse. Breaking the cycle of abuse may also break the pattern of chronic and relapsing depression.

## ELS AND MODIFYING FACTORS

Preclinical and clinical research examining the psychobiology of stress and trauma exposure, with a primary emphasis on the pathophysiological response of vulnerable individuals, has generated growing interest in the reciprocal research area of resilience factors that mitigate the negative effects of stress and trauma exposure (Bonanno & Mancini, 2008). Preclinical work in rodents has demonstrated that environmental enrichment during puberty can mitigate some of the anxiety-related effects of ELS (Imanaka, Morinobu, Toki, & Yamawaki, 2006; Imanaka et al., 2008). The restorative effects of environmental enrichment are in part facilitated by changes in gene expression of glutamate receptor subunits (Bredy, Zhang, Grant, Diorio, & Meaney, 2004). An additional mechanism of modification of ELS effects, that has proven effective in the laboratory, is pharmacological induction of epigenetic changes through alterations of DNA methylation and histone modification (Weaver, Meaney, & Szyf, 2006). In general, research into resilience factors in humans consisted predominantly of descriptive research examining the psychological (Bonanno & Mancini, 2008; Haglund, Nestadt, Cooper, Southwick, & Charney, 2007; Mancini & Bonanno, 2006) and biological (Haglund et al., 2007; Ozbay, Fitterling, Charney, & Southwick, 2008) characteristics of resilient individuals. Research focused on the psychological characteristics of resilient individuals has resulted in the development of provisional clinical strategies to enhance the adaptation of vulnerable individuals to acute and/or chronic exposure to traumatic or nontraumatic stressful experience (Mancini & Bonanno, 2006).

## SUMMARY AND CONCLUSIONS

Conservative estimates suggest that each year in the United States more than 1,000,000 children are exposed to sexual or physical abuse or neglect (Sedlack & Broadhurst, 1996). The research summarized in this chapter clearly demonstrates that exposure to stress prior to adulthood can result in persistent effects on both mental and physical health. Even prior to birth, children are particularly sensitive to the effects of stress, and this sensitivity continues after birth through puberty. Exposure to violence and abuse can alter the function of the HPA axis throughout one's life, and these changes are accompanied by increased incidence and severity of MDD, PTSD, and other anxiety disorders, somatic diseases such as cardiovascular disease, and perhaps cancer and diabetes. Reducing the exposure of women to violence and abuse would reduce the risk and severity of multiple mental and physical illnesses and stop the transgenerational cycle of abuse-related pathology. In addition, a better understanding of the mechanisms that underlie the pervasive effects of early life abuse will lead to additional behavioral and pharmacological treatment strategies.

## IMPLICATIONS FOR PRACTICE, POLICY, AND RESEARCH

- Practice: Successful treatment of mental and physical disorders in survivors of early life abuse and trauma may be distinct from treatment of unexposed individuals.
- Policy: Given that abuse against women impacts the immediate victim as well as subsequent  generations, and there are no cures for the lasting effects of the abuse, prevention of abuse is the single best course of action.
- Research: Additional basic and clinical research on biological mechanisms of abuse-induced changes in the HPA axis of women will ultimately improve treatment.

# REFERENCES

Antonow-Schlorke, I., Schwab, M., Li, C., & Nathanielsz, P. W. (2003). Glucocorticoid exposure at the dose used clinically alters cytoskeletal proteins and presynaptic terminals in the fetal baboon brain. *Journal of Physiology*, *547*, 117-123.

Arato, M., Banki, C. M., Bissette, G., & Nemeroff, C. B. (1989). Elevated CSF CRF in suicide victims. *Biological Psychiatry*, *25*, 355-359.

Arborelius, L., Owens, M. J., Plotsky, P. M., & Nemeroff, C. B. (1999). The role of corticotropin-releasing factor in depression and anxiety disorders. *The Journal of Endocrinology*, *160*, 1-12.

Armanini, M. P., Hutchins, C., Stein, B. A., & Sapolsky, R. M. (1990). Glucocorticoid endangerment of hippocampal neurons is NMDA-receptor dependent. *Brain Res*, *532*(1-2), 7-12.

Armony, J. L., Corbo, V., Clement, M. H., & Brunet, A. (2005). Amygdala response in patients with acute PTSD to masked and unmasked emotional facial expressions. *The American Journal of Psychiatry*, *162*, 1961-1963.

Bailey, M. T., Lubach, G. R., & Coe, C. L. (2004). Prenatal stress alters bacterial colonization of the gut in infant monkeys. *Journal of Pediatric Gastroenterology and nutrition*, *38*, 414-421.

Baker, D. G., West, S. A., Nicholson, W. E., Ekhator, N. N., Kasckow, J. W., Hill, K. K., et al. (1999). Serial CSF corticotropin-releasing hormone levels and adrenocortical activity in combat veterans with posttraumatic stress disorder. *The American Journal of Psychiatry*, *156*, 585-588.

Batten, S. V., Aslan, M., Maciejewski, P. K., & Mazure, C. M. (2004). Childhood maltreatment as a risk factor for adult cardiovascular disease and depression. *The Journal of Clinical Psychiatry*, *65*, 249-254.

Binder, E. B., Bradley, R. G., Liu, W., Epstein, M. P., Deveau, T. C., Mercer, K. B., et al. (2008). Association of FKBP5 polymorphisms and childhood abuse with risk of posttraumatic stress disorder symptoms in adults. *JAMA*, *299*, 1291-1305.

Binneman, B., Feltner, D., Kolluri, S., Shi, Y., Qiu, R., & Stiger, T. (2008). A 6-week randomized, placebo-controlled trial of CP-316,311 (a selective CRH1 antagonist) in the treatment of major depres- sion. *The American Journal of Psychiatry*, *165*, 617-620.

Bonanno, G. A., & Mancini, A. D. (2008). The human capacity to thrive in the face of potential trauma. *Pediatrics*, *121*, 369-375.

Bradley, R. G., Binder, E. B., Epstein, M. P., Tang, Y., Nair, H. P., Liu, W., et al. (2008). Influence of child abuse on adult depression: Moderation by the corticotropin-releasing hormone receptor gene. *Archives of General Psychiatry*, *65*, 190-200.

Bredy, T. W., Zhang, T. Y., Grant, R. J., Diorio, J., & Meaney, M. J. (2004). Peripubertal environmental enrichment reverses the effects of maternal care on hippocampal development and glutamate receptor subunit expression. *The European Journal of Neuroscience*, *20*, 1355-1362.

Bremner, J. D., Licinio, J., Darnell, A., Krystal, J. H., Owens, M. J., Southwick, S. M., et al. (1997). Elevated CSF corticotropin-releasing factor concentrations in posttraumatic stress disorder. *The American Journal of Psychiatry*, *154*, 624-629.

Brennan, P. A., Pargas, R., Walker, E. F., Green, P., Newport, D. J., & Stowe, Z. (2008). Maternal depression and infant cortisol: influences of timing, comorbidity and treatment. *J Child Psychol Psychiatry*, *49*(10), 1099-1107.

Caldji, C., Francis, D., Sharma, S., Plotsky, P. M., & Meaney, M. J. (2000). The effects of early rearing environment on the development of GABAA and central benzodiazepine receptor levels and novelty-induced fearfulness in the rat. *Neuropsychopharmacology*, *22*, 219-229.

Caldji, C., Tannenbaum, B., Sharma, S., Francis, D., Plotsky, P. M., & Meaney, M. J. (1998). Maternal care during infancy regulates the development of neural systems mediating the expression of fearfulness in the rat. *Proceedings of the National Academy of Sciences USA*, *95*, 5335-5340.

Campbell, S., & Macqueen, G. (2004). The role of the hippocampus in the pathophysiology of major depression. *Journal of Psychiatry & Neuroscience: JPN*, *29*, 417-426.

Carpenter, L. L., Tyrka, A. R., McDougle, C. J., Malison, R. T., Owens, M. J., Nemeroff, C. B., et al. (2004). Cerebrospinal fluid corticotropin-releasing factor and perceived early-life stress in depressed patients and healthy control subjects. *Neuropsychopharmacology*, *29*, 777-784.

Caspi, A., Harrington, H., Moffitt, T. E., Milne, B. J., & Poulton, R. (2006). Socially isolated children 20 years later: Risk of cardiovascular disease. *Archives of Pediatrics & Adolescent Medicine*, *160*, 805-811.

Caspi, A., Sugden, K., Moffitt, T. E., Taylor, A., Craig, I. W., Harrington, H., et al. (2003). Influence of life stress on depression: Moderation by a polymorphism in the 5-HTT gene. *Science*, *301*, 386-389.

Cervilla, J. A., Molina, E., Rivera, M., Torres-Gonzalez, F., Bellon, J. A., Moreno, B., et al. (2007). The risk for depression conferred by stressful life events is modified by variation at the serotonin transporter 5HTTLPR genotype: Evidence from the Spanish PREDICT-Gene cohort. *Molecular Psychiatry*, *12*, 748-755.

Chalmers, D. T., Lovenberg, T. W., Grigoriadis, D. E., Behan, D. P., & De Souza, E. B. (1996). Corticotropin-releasing factor receptors: From mole- cular biology to drug design. *Trends in Pharmacological Sciences*, *17*, 166-172.

Chapman, D. P., Whitfield, C. L., Felitti, V. J., Dube, S. R., Edwards, V. J., & Anda, R. F. (2004). Adverse childhood experiences and the risk of depressive disorders in adulthood. *Journal of Affective Disorders*, *82*, 217-225.

Coe, C. L., Kramer, M., Czeh, B., Gould, E., Reeves, A. J., Kirschbaum, C., et al. (2003). Prenatal stress diminishes

neurogenesis in the dentate gyrus of juvenile rhesus monkeys. *Biological Psychiatry, 54*, 1025-1034.

Coe, C. L., Kramer, M., Kirschbaum, C., Netter, P., & Fuchs, E. (2002). Prenatal stress diminishes the cyto-kine response of leukocytes to endotoxin stimulation in juvenile rhesus monkeys. *The Journal of Clinical Endocrinology and Metabolism, 87*, 675-681.

Coe, C. L., Lulbach, G. R., & Schneider, M. L. (2002). Prenatal disturbance alters the size of the corpus callosum in young monkeys. *Developmental Psychobiology, 41*, 178-185.

Coplan, J. D., Andrews, M. W., Rosenblum, L. A., Owens, M. J., Friedman, S., Gorman, J. M., et al. (1996). Persistent elevations of cerebrospinal fluid con-centrations of corticotropin-releasing factor in adult nonhuman primates exposed to early-life stressors: Implications for the pathophysiology of mood and anxiety disorders. *Proceedings of the National Academy of Sciences USA, 93*, 1619-1623.

Coplan, J. D., Smith, E. L., Trost, R. C., Scharf, B. A., Altemus, M., Bjornson, L., et al. (2000). Growth hor-mone response to clonidine in adversely reared young adult primates: Relationship to serial cerebrospinal fluid corticotropin-releasing factor concentrations. *Psychiatry Research, 95*, 93-102.

Coplan, J. D., Smith, E. L., Altemus, M., Scharf, B. A., Owens, M. J., Nemeroff, C. B., et al. (2001). Variable foraging demand rearing: sustained elevations in cis-ternal cerebrospinal fluid corticotropin-releasing fac-tor concentrations in adult primates. *Biol Psychiatry, 50*(3), 200-204.

Danese, A., Moffitt, T. E., Pariante, C. M., Ambler, A., Poulton, R., & Caspi, A. (2008). Elevated inflammation levels in depressed adults with a history of child-hood maltreatment. *Archives of General Psychiatry, 65*, 409-415.

Danese, A., Pariante, C. M., Caspi, A., Taylor, A., & Poulton, R. (2007). Childhood maltreatment predicts adult inflammation in a life-course study. *Proceedings of the National Academy of Sciences USA, 104*, 1319-1324.

De Bellis, M. D., Gold, P. W., Geracioti, T. D. Jr., Listwak, S. J., & Kling, M. A. (1993). Association of fluoxetine treatment with reductions in CSF concentrations of corticotropin-releasing hormone and arginine vasopressin in patients with major depression. *The American Journal of Psychiatry, 150*, 656-657.

Dietz, P. M., Spitz, A. M., Anda, R. F., Williamson, D. F., McMahon, P. M., Santelli, J. S., et al. (1999). Unin-tended pregnancy among adult women exposed to abuse or household dysfunction during their child-hood. *JAMA, 282*, 1359-1364.

Docherty, C. C., Kalmar-Nagy, J., Engelen, M., Koenen, S. V., Nijland, M., Kuc, R. E., et al. (2001). Effect of in vivo fetal infusion of dexamethasone at 0.75 GA on fetal ovine resistance artery responses to ET-1. *American Journal of Physiology. Regulatory, Integrative and Com-parative Physiology, 281*, R261-R268.

Dong, M., Giles, W. H., Felitti, V. J., Dube, S. R., Williams, J. E., Chapman, D. P., et al. (2004). Insights into causal pathways for ischemic heart disease: Adverse child-hood experiences study. *Circulation, 110*, 1761-1766.

Driessen, M., Herrmann, J., Stahl, K., Zwaan, M., Meier, S., Hill, A., et al. (2000). Magnetic resonance imaging volumes of the hippocampus and the amyg-dala in women with borderline personality disorder and early traumatization. *Archives of General Psychiatry, 57*, 1115-1122.

Dube, S. R., Anda, R. F., Felitti, V. J., Chapman, D. P., Williamson, D. F., & Giles, W. H. (2001). Childhood abuse, household dysfunction, and the risk of attempted suicide throughout the life span: Findings from the Adverse Childhood Experiences Study. *JAMA, 286*, 3089-3096.

Dunn, A. J., & Berridge, C. W. (1990). Physiological and behavioral responses to corticotropin-releasing factor administration: Is CRF a mediator of anxiety or stress responses? *Brain Research. Brain Research Reviews, 15*, 71-100.

Fahlke, C., Lorenz, J. G., Long, J., Champoux, M., Suomi, S. J., & Higley, J. D. (2000). Rearing experiences and stress-induced plasma cortisol as early risk factors for excessive alcohol consumption in nonhuman pri-mates. *Alcoholism, Clinical and Experimental Research, 24*, 644-650.

Felitti, V. J., Anda, R. F., Nordenberg, D., Williamson, D. F., Spitz, A. M., Edwards, V., et al. (1998). Relationship of childhood abuse and household dysfunction to many of the leading causes of death in adults. The Adverse Childhood Experiences (ACE) Study. *Ameri-can Journal of Preventive Medicine, 14*, 245-258.

Ferris, C. F., & Brewer, J. (1996). Adolescent stress alters ethanol ingestion and agonistic behavior in the male golden hamster. *Annals of the New York Academy of Sciences, 794*, 348-351.

Affect-modulated startle in adults with childhood-onset depression: Relations to bipolar course and number of lifetime depressive episodes. *Psychiatry Research, 134*, 11-25.

Francis, D. D., Diorio, J., Plotsky, P. M., & Meaney, M. J. (2002). Environmental enrichment reverses the effects of maternal separation on stress reactivity. *Journal of Neuroscience, 22*, 7840-7843.

Gelernter, J., Cubells, J. F., Kidd, J. R., Pakstis, A. J., & Kidd, K. K. (1999). Population studies of polymor-phisms of the serotonin transporter protein gene. *American Journal of Medical Genetics, 88*, 61-66.

Gladstone, G. L., Parker, G. B., Mitchell, P. B., Malhi, G. S., Wilhelm, K., & Austin, M. P. (2004). Implications of childhood trauma for depressed women: An analysis of pathways from childhood sexual abuse to deliberate self-harm and revictimization. *The American Journal of Psychiatry, 161*, 1417-1425.

Goodwin, R. D., & Davidson, J. R. (2005). Self-reported dia-betes and posttraumatic stress disorder among adults in the community. *Preventive Medicine, 40*, 570-574.

Goodwin, R. D., & Stein, M. B. (2004). Association between childhood trauma and physical disorders among adults in the United States. *Psychological Medicine, 34*, 509-520.

Gunstad, J., Paul, R. H., Spitznagel, M. B., Cohen, R. A., Williams, L. M., Kohn, M., et al. (2006). Exposure to early life trauma is associated with adult obesity. *Psychiatry Research*, 142, 31-37.

Guthrie, R. M., & Bryant, R. A. (2005). Auditory startle response in firefighters before and after trauma exposure. *The American Journal of Psychiatry*, 162, 283-290.

Gutman, D. A., & Nemeroff, C. B. (2002). Neurobiology of early life stress: Rodent studies. *Seminars in Clinical Neuropsychiatry*, 7, 89-95.

Gutman, D. A., & Nemeroff, C. B. (2003). Persistent central nervous system effects of an adverse early environment: Clinical and preclinical studies. *Physiology & Behavior*, 79, 471-478.

Habib, K. E., Weld, K. P., Rice, K. C., Pushkas, J., Champoux, M., Listwak, S., et al. (2000). Oral administration of a corticotropin-releasing hormone receptor antagonist significantly attenuates behavioral, neuroendocrine, and autonomic responses to stress in primates. *Proceedings of the National Academy of Sciences USA*, 97, 6079-6084.

Haglund, M. E., Nestadt, P. S., Cooper, N. S., Southwick, S. M., & Charney, D. S. (2007). Psychobiological mechanisms of resilience: Relevance to prevention and treatment of stress-related psychopathology. *Development and Psychopathology*, 19, 889-920.

Hayden, E. P., & Klein, D. N. (2001). Outcome of dysthymic disorder at 5-year follow-up: The effect of familial psychopathology, early adversity, personality, comorbidity, and chronic stress. *The American Journal of Psychiatry*, 158, 1864-1870.

Heim, C., & Nemeroff, C. B. (2001). The role of childhood trauma in the neurobiology of mood and anxiety disorders: Preclinical and clinical studies. *Biological Psychiatry*, 49, 1023-1039.

Heim, C., Newport, D. J., Bonsall, R., Miller, A. H., & Nemeroff, C. B. (2001). Altered pituitary-adrenal axis responses to provocative challenge tests in adult survivors of childhood abuse. *The American Journal of Psychiatry*, 158, 575-581.

Heim, C., Newport, D. J., Heit, S., Graham, Y. P., Wilcox, M., Bonsall, R., et al. (2000). Pituitary-adrenal and autonomic responses to stress in women after sexual and physical abuse in childhood. *JAMA*, 284, 592-597.

Heim, C., Plotsky, P. M., & Nemeroff, C. B. (2004). Importance of studying the contributions of early adverse experience to neurobiological findings in depression. *Neuropsychopharmacology*, 29, 641-648.

Heim, C., Young, L. J., Newport, D. J., Mletzko, T., Miller, A. H., & Nemeroff, C. B. (2008). Lower CSF oxytocin concentrations in women with a history of childhood abuse. *Mol Psychiatry*.

Hendler, T., Rotshtein, P., Yeshurun, Y., Weizmann, T., Kahn, I., Ben-Bashat, D., et al. (2003). Sensing the invisible: Differential sensitivity of visual cortex and amygdala to traumatic context. *Neuroimage*, 19, 587-600.

Heuser, I., Bissette, G., Dettling, M., Schweiger, U., Gotthardt, U., Schmider, J., et al. (1998). Cerebrospinal fluid concentrations of corticotropin-releasing hormone, vasopressin, and somatostatin in depressed patients and healthy controls: Response to amitriptyline treatment. *Depression and Anxiety*, 8, 71-79.

Higley, J. D., Hasert, M. F., Suomi, S. J., & Linnoila, M. (1991). Nonhuman primate model of alcohol abuse: Effects of early experience, personality, and stress on alcohol consumption. *Proceedings of the National Academy of Sciences USA*, 88, 7261-7265.

Holsboer, F., & Ising, M. (2008). Central CRH system in depression and anxiety—Evidence from clinical studies with CRH1 receptor antagonists. *European Journal of Pharmacology*, 583, 350-357.

Huang, W. L., Harper, C. G., Evans, S. F., Newnham, J. P., & Dunlop, S. A. (2001a). Repeated prenatal corticosteroid administration delays astrocyte and capillary tight junction maturation in fetal sheep. *International Journal of Developmental Neuroscience: The Official Journal of the International Society for Developmental Neuroscience*, 19, 487-493.

Huang, W. L., Harper, C. G., Evans, S. F., Newnham, J. P., & Dunlop, S. A. (2001b). Repeated prenatal corticosteroid administration delays myelination of the corpus callosum in fetal sheep. *International Journal of Developmental Neuroscience: The Official Journal of the International Society for Developmental Neuroscience*, 19, 415-425.

Huot, R. L., Gonzalez, M. E., Ladd, C. O., Thrivikraman, K. V., & Plotsky, P. M. (2004). Foster litters prevent hypothalamic-pituitary-adrenal axis sensitization mediated by neonatal maternal separation. *Psychoneuroendocrinology*, 29, 279-289.

Huot, R. L., Thrivikraman, K. V., Meaney, M. J., & Plotsky, P. M. (2001). Development of adult ethanol preference and anxiety as a consequence of neonatal maternal separation in Long Evans rats and reversal with antidepressant treatment. *Psychopharmacology*, 158, 366-373.

Igosheva, N., Klimova, O., Anishchenko, T., & Glover, V. (2004). Prenatal stress alters cardiovascular responses in adult rats. *Journal of Physiology*, 557, 273-285.

Imanaka, A., Morinobu, S., Toki, S., & Yamawaki, S. (2006). Importance of early environment in the development of post-traumatic stress disorder-like behaviors. *Behavioural Brain Research*, 173, 129-137.

Imanaka, A., Morinobu, S., Toki, S., Yamamoto, S., Matsuki, A., Kozuru, T., et al. (2008). Neonatal tactile stimulation reverses the effect of neonatal isolation on open-field and anxiety-like behavior, and pain sensitivity in male and female adult Sprague-Dawley rats. *Behavioural Brain Research*, 186, 91-97.

Ising, M., & Holsboer, F. (2007). CRH-sub-1 receptor antagonists for the treatment of depression and anxiety. *Experimental and Clinical Psychopharmacology*, 15, 519-528.

Jacobson, L., & Sapolsky, R. (1991). The role of the hippocampus in feedback regulation of the hypothalamic-pituitary-adrenocortical axis. *Endocrine Reviews*, 12, 118-134.

Kalin, N. H., Shelton, S. E., Kraemer, G. W., & McKinney, W. T. (1983). Corticotropin-releasing factor administered intraventricularly to rhesus monkeys. *Peptides*, 4, 217-220.

Kaplan, M. J., & Klinetob, N. A. (2000). Childhood emotional trauma and chronic posttraumatic stress disorder in adult outpatients with treatment-resistant depression. *The Journal of Nervous and Mental Disease*, 188, 596-601.

Kapoor, A., & Matthews, S. G. (2005). Short periods of prenatal stress affect growth, behaviour and hypothalamo-pituitary-adrenal axis activity in male guinea pig offspring. *Journal of Physiology*, 566, 967-977.

Kaufman, D., Banerji, M. A., Shorman, I., Smith, E. L., Coplan, J. D., Rosenblum, L. A., et al. (2007). Early-life stress and the development of obesity and insulin resistance in juvenile bonnet macaques. *Diabetes*,  56, 1382-1386.

Kaufman, J., Yang, B. Z., Douglas-Palumberi, H., Grasso, D., Lipschitz, D., Houshyar, S., et al. (2006). Brain-derived neurotrophic factor-5-HTTLPR gene interactions and environmental modifiers of depression in children. *Biological Psychiatry*, 59, 673-680.

Kendler, K. S., Kuhn, J. W., & Prescott, C. A. (2004). Childhood sexual abuse, stressful life events and risk for major depression in women. *Psychological Medicine*, 34, 1475-1482.

Kim, J. M., Stewart, R., Kim, S. W., Yang, S. J., Shin, I. S., Kim, Y. H., et al. (2007). Interactions between life stressors and susceptibility genes (5-HTTLPR and BDNF) on depression in Korean elders. *Biological Psychiatry*, 62, 423-428.

Klomek, A. B., Marrocco, F., Kleinman, M., Schonfeld, I. S., & Gould, M. S. (2007). Bullying, depression and suicidality in adolescents. *Journal of the American Academy of Child and Adolescent Psychiatry*, 46, 40-49.

Kraemer, G. W., Ebert, M. H., Schmidt, D. E., & McKinney, W. T. (1991). Strangers in a strange land: A psychobiological study of infant monkeys before and after separation from real or inanimate mothers. *Child Development*, 62, 548-566.

Ladd, C. O., Huot, R. L., Thrivikraman, K. V., Nemeroff, C. B., Meaney, M. J., & Plotsky, P. M. (2000). Long-term behavioral and neuroendocrine adaptations to adverse early experience. *Progress in Brain Research*, 122, 81-103.

Ladd, C. O., Huot, R. L., Thrivikraman, K. V., Nemeroff, C. B., & Plotsky, P. M. (2004). Long-term adaptations in glucocorticoid receptor and mineralocorticoid receptor mRNA and negative feedback on the hypothalamo-pituitary-adrenal axis following neonatal maternal separation. *Biological Psychiatry*, 55, 367-375.

Ladd, C. O., Owens, M. J., & Nemeroff, C. B. (1996). Persistent changes in corticotropin-releasing factor neuronal systems induced by maternal deprivation. *Endocrinology*, 137, 1212-1218.

Ladd, C. O., Thrivikraman, K. V., Huot, R. L., & Plotsky, P. M. (2005). Differential neuroendocrine responses to chronic variable stress in adult Long Evans rats exposed to handling-maternal separation as neonates. *Psychoneuroendocrinology*, 30, 520-533.

Lara, M. E., Klein, D. N., & Kasch, K. L. (2000). Psychosocial predictors of the short-term course and outcome of major depression: A longitudinal study of a nonclinical sample with recent-onset episodes. *Journal of Abnormal Psychology*, 109, 644-650.

Lenze, E. J., Munin, M. C., Ferrell, R. E., Pollock, B. G., Skidmore, E., Lotrich, F., et al. (2005). Association of the serotonin transporter gene-linked polymorphic region (5-HTTLPR) genotype with depression in elderly persons after hip fracture. *The American Journal of Geriatric Psychiatry: Official Journal of the American Association for Geriatric Psychiatry*, 13, 428-432.

Lesch, K. P., Aulakh, C. S., Wolozin, B. L., Tolliver, T. J., Hill, J. L., & Murphy, D. L. (1993). Regional brain expression of serotonin transporter mRNA and its regulation by reuptake inhibiting antidepressants. *Brain Research. Molecular Brain Research*, 17, 31-35.

Levine, S., Johnson, D. F., & Gonzalez, C. A. (1985). Behavioral and hormonal responses to separation in infant rhesus monkeys and mothers. *Behavioral Neuroscience*, 99, 399-410.

Levine, S., Wiener, S. G., & Coe, C. L. (1993). Temporal and social factors influencing behavioral and hormonal responses to separation in mother and infant squirrel monkeys. *Psychoneuroendocrinology*, 18, 297-306.

Levitt, N. S., Lindsay, R. S., Holmes, M. C., & Seckl, J. R. (1996). Dexamethasone in the last week of pregnancy attenuates hippocampal glucocorticoid receptor gene expression and elevates blood pressure in the adult offspring in the rat. *Neuroendocrinology*, 64, 412-418.

Lissau, I., & Sorensen, T. I. (1994). Parental neglect during childhood and increased risk of obesity in young adulthood. *Lancet*, 343, 324-327.

Liu, D., Diorio, J., Tannenbaum, B., Caldji, C., Francis, D., Freedman, A., et al. (1997). Maternal care, hippocampal glucocorticoid receptors, and hypothalamic-pituitary-adrenal responses to stress. *Science*, 277, 1659-1662.

Luecken, L. J. (1998). Childhood attachment and loss experiences affect adult cardiovascular and cortisol function. *Psychosomatic Medicine*, 60, 765-772.

Maercker, A., Michael, T., Fehm, L., Becker, E. S., & Margraf, J. (2004). Age of traumatisation as a predictor of post-traumatic stress disorder or major depression in young women. *The British Journal of Psychiatry; The Journal of Mental Science*, 184, 482-487.

Maestripieri, D., Higley, J. D., Lindell, S. G., Newman, T. K., McCormack, K. M., & Sanchez, M. M. (2006). Early maternal rejection affects the development of monoaminergic systems and adult abusive parenting in rhesus macaques (*Macaca mulatta*). *Behavioral Neuroscience*, 120, 1017-1024.

Mancini, A. D., & Bonanno, G. A. (2006). Resilience in the face of potential trauma: Clinical practices and illustrations. *Journal of Clinical Psychology*, 62,  971-985.

Maslova, L. N., Bulygina, V. V., & Popova, N. K. (2002). Immediate and long-lasting effects of chronic stress in the prepubertal age on the startle reflex. *Physiology & Behavior*, 75, 217-225.

Matthews, S. G. (2000). Antenatal glucocorticoids and programming of the developing CNS. *Pediatric Research*, *47*, 291-300.

McCauley, J., Kern, D. E., Kolodner, K., Dill, L., Schroeder, A. F., DeChant, H. K., et al. (1997). Clinical characteristics of women with a history of childhood abuse: Unhealed wounds. *JAMA*, *277*, 1362-1368.

McCormack, K., Sanchez, M. M., Bardi, M., & Maestripieri, D. (2006). Maternal care patterns and behavioral development of rhesus macaque abused infants in the first 6 months of life. *Developmental Psychobiology*, *48*, 537-550.

McCormick, C. M., & Mathews, I. Z. (2007). HPA function in adolescence: Role of sex hormones in its regulation and the enduring consequences of exposure to stressors. *Pharmacology, Biochemistry, and Behavior*, *86*, 220-233.

McCormick, C. M., Robarts, D., Gleason, E., & Kelsey, J. E. (2004). Stress during adolescence enhances locomotor sensitization to nicotine in adulthood in female, but not male, rats. *Hormones and Behavior*, *46*, 458-466.

McEwen, B. S. (1994). How do sex and stress hormones affect nerve cells? *Ann N Y Acad Sci, 743*, 1-16; discussion 17-18.

McEwen, B. S. (2002). Sex, stress and the hippocampus: Allostasis, allostatic load and the aging process. *Neurobiology of Aging*, *23*, 921-939.

McEwen, B. S. (2008). Central effects of stress hormones in health and disease: Understanding the protective and damaging effects of stress and stress mediators. *European Journal of Pharmacology*, *583*, 174-185.

McEwen, B. S., & Magarinos, A. M. (2001). Stress and hippocampal plasticity: Implications for the pathophysiology of affective disorders. *Human Psychopharmacology*, *16*, S7-S19.

McMillen, I. C., MacLaughlin, S. M., Muhlhausler, B. S., Gentili, S., Duffield, J. L., & Morrison, J. L. (2008). Developmental origins of adult health and disease: The role of periconceptional and foetal nutrition. *Basic & Clinical Pharmacology & Toxicology*, *102*, 82-89.

Meaney, M. J., & Szyf, M. (2005). Environmental programming of stress responses through DNA methylation: Life at the interface between a dynamic environment and a fixed genome. *Dialogues in Clinical Neuroscience*, *7*, 103-123.

Meaney, M. J., Szyf, M., & Seckl, J. R. (2007). Epigenetic mechanisms of perinatal programming of hypothalamic-pituitary-adrenal function and health. *Trends in Molecular Medicine*, *13*, 269-277.

Merali, Z., Du, L., Hrdina, P., Palkovits, M., Faludi, G., Poulter, M. O., et al. (2004). Dysregulation in the suicide brain: mRNA expression of corticotropin-releasing hormone receptors and GABA(A) receptor subunits in frontal cortical brain region. *Journal of Neuroscience*, *24*, 1478-1485.

Miller, G. E., Stetler, C. A., Carney, R. M., Freedland, K. E., & Banks, W. A. (2002). Clinical depression and inflammatory risk markers for coronary heart disease. *The American Journal of Cardiology*, *90*, 1279-1283.

Molnar, J., Nijland, M. J., Howe, D. C., & Nathanielsz, P. W. (2002). Evidence for microvascular dysfunction after prenatal dexamethasone at 0.7, 0.75, and 0.8 gestation in sheep. *American Journal of Physiology. Regulatory, Integrative and Comparative Physiology*, *283*, R561-R567.

Nakatani, D., Sato, H., Sakata, Y., Shiotani, I., Kinjo, K., Mizuno, H., et al. (2005). Influence of serotonin transporter gene polymorphism on depressive symptoms and new cardiac events after acute myocardial infarction. *American Heart Journal*, *150*, 652-658.

Nemeroff, C. B., Bissette, G., Akil, H., & Fink, M. (1991). Neuropeptide concentrations in the cerebrospinal fluid of depressed patients treated with electroconvulsive therapy. Corticotrophin-releasing factor, beta-endorphin and somatostatin. *The British Journal of Psychiatry; The Journal of Mental Science*, *158*, 59-63.

Nemeroff, C. B., Heim, C. M., Thase, M. E., Klein, D. N., Rush, A. J., Schatzberg, A. F., et al. (2003). Differential responses to psychotherapy versus pharmacotherapy in patients with chronic forms of major depression and childhood trauma. *Proceedings of the National Academy of Sciences USA*, *100*, 14293-14296.

Nemeroff, C. B., Owens, M. J., Bissette, G., Andorn, A. C., & Stanley, M. (1988). Reduced corticotropin releasing factor binding sites in the frontal cortex of suicide victims. *Archives of General Psychiatry*, *45*, 577-579.

Nemeroff, C. B., Widerlov, E., Bissette, G., Walleus, H., Karlsson, I., Eklund, K., et al. (1984). Elevated concentrations of CSF corticotropin-releasing factor-like immunoreactivity in depressed patients. *Science*, *226*, 1342-1344.

Oberlander, T. F., Weinberg, J., Papsdorf, M., Grunau, R., Misri, S., & Devlin, A. M. (2008). Prenatal exposure to maternal depression, neonatal methylation of human glucocorticoid receptor gene (NR3C1) and infant cortisol stress responses. *Epigenetics*, *3*, 97-106.

Orr, S. P., Lasko, N. B., Shalev, A. Y., & Pitman, R. K. (1995). Physiologic responses to loud tones in Vietnam veterans with posttraumatic stress disorder. *Journal of Abnormal Psychology*, *104*, 75-82.

Orr, S. P., Metzger, L. J., Lasko, N. B., Macklin, M. L., Hu, F. B., Shalev, A. Y., et al. (2003). Physiologic responses to sudden, loud tones in monozygotic twins discordant for combat exposure: Association with posttraumatic stress disorder. *Archives of General Psychiatry*, *60*, 283-288.

Owens, M. J., & Nemeroff, C. B. (1991). Physiology and pharmacology of corticotropin-releasing factor. *Pharmacological Reviews*, *43*, 425-473.

Ozbay, F., Fitterling, H., Charney, D., & Southwick, S. (2008). Social support and resilience to stress across the life span: A neurobiologic framework. *Current Psychiatry Reports*, *10*, 304-310.

Pace, T. W., Mletzko, T. C., Alagbe, O., Musselman, D. L., Nemeroff, C. B., & Miller, A. H, et al. (2006). Increased stress-induced inflammatory responses in male patients

with major depression and increased early life stress. *The American Journal of Psychiatry*, 163, 1630-1633.

Plotsky, P. M., & Meaney, M. J. (1993). Early, postnatal experience alters hypothalamic corticotropin-releasing factor (CRF) mRNA, median eminence CRF content and stress-induced release in adult rats. *Brain Research. Molecular Brain Research*, 18, 195-200.

Purba, J. S., Raadsheer, F. C., Hofman, M. A., Ravid, R., Polman, C. H., Kamphorst, W., et al. (1995). Increased number of corticotropin-releasing hormone expressing neurons in the hypothalamic paraventricular nucleus of patients with multiple sclerosis. *Neuroendocrinology*, 62, 62-70.

Raadsheer, F. C., Hoogendijk, W. J., Stam, F. C., Tilders, F. J., & Swaab, D. F. (1994). Increased numbers of corticotropin-releasing hormone expressing neurons in the hypothalamic paraventricular nucleus of depressed patients. *Neuroendocrinology*, 60, 436-444.

Rauch, S. L., Whalen, P. J., Shin, L. M., McInerney, S. C., Macklin, M. L., Lasko, N. B., et al. (2000). Exaggerated amygdala response to masked facial stimuli in posttraumatic stress disorder: A functional MRI study. *Biological Psychiatry*, 47, 769-776.

Rees, S. L., Akbari, E., Steiner, M., & Fleming, A. S. (2008). Effects of early deprivation and maternal separation on pup-directed behavior and HPA axis measures in the juvenile female rat. *Developmental Psychobiology*, 50, 315-321.

Rosenblum, L. A., Coplan, J. D., Friedman, S., Bassoff, T., Gorman, J. M., & Andrews, M. W. (1994). Adverse early experiences affect noradrenergic and serotonergic functioning in adult primates. *Biological Psychiatry*, 35, 221-227.

Sapolsky, R. M. (2003). Stress and plasticity in the limbic system. *Neurochem Res*, 28(11), 1735-1742.

Schneider, M. L. (1992). Prenatal stress exposure alters postnatal behavioral expression under conditions of novelty challenge in rhesus monkey infants. *Developmental Psychobiology*, 25, 529-540.

Schneider, M. L., Coe, C. L., & Lubach, G. R. (1992). Endocrine activation mimics the adverse effects of prenatal stress on the neuromotor development of the infant primate. *Developmental Psychobiology*, 25, 427-439.

Schule, C., Zill, P., Baghai, T. C., Eser, D., Zwanzger, P., Wenig, N., et al. (2006). Brain-derived neurotrophic factor Val66Met polymorphism and dexamethasone/CRH test results in depressed patients. *Psychoneuroendocrinology*, 31, 1019-1025.

Sedlack, A. J., & Broadhurst, D. D. (1996). *Third National Incidence Study of child abuse and neglect*. Washington, DC: U.S. Department of Health and Human Services.

Sheline, Y. I., Sanghavi, M., Mintun, M. A., & Gado, M. H. (1999). Depression duration but not age predicts hippocampal volume loss in medically healthy women with recurrent major depression. *The Journal of Neuroscience: The Official Journal of the Society for Neuroscience*, 19, 5034-5043.

Sheline, Y. I., Wang, P. W., Gado, M. H., Csernansky, J. G., & Vannier, M. W. (1996). Hippocampal atrophy in recurrent major depression. *Proceedings of the National Academy of Sciences USA*, 93, 3908-3913.

Shoffner, D. H. (2008). We don't like to think about it: Intimate partner violence during pregnancy and postpartum. *Journal of Perinatal & Neonatal Nursing*, 22, 39-48.

Skutella, T., Montkowski, A., Stohr, T., Probst, J. C., Landgraf, R., Holsboer, F., et al. (1994). Corticotropin-releasing hormone (CRH) antisense oligodeoxynucleotide treatment attenuates social defeat-induced anxiety in rats. *Cellular and Molecular Neurobiology*, 14, 579-588.

Smith, E. L., Batuman, O. A., Trost, R. C., Coplan, J. D., & Rosenblum, L. A. (2002). Transforming growth factor-beta 1 and cortisol in differentially reared primates. *Brain, Behavior, and Immunity*, 16, 140-149.

Smith, G. D., Hart, C., Blane, D., & Hole, D. (1998). Adverse socioeconomic conditions in childhood and cause specific adult mortality: Prospective observational study. *BMJ*, 316, 1631-1635.

Steckler, T., & Holsboer, F. (1999). Corticotropin-releasing hormone receptor subtypes and emotion. *Biological Psychiatry*, 46, 1480-1508.

Stein-Behrens, B. A., Lin, W. J., & Sapolsky, R. M. (1994). Physiological elevations of glucocorticoids potentiate glutamate accumulation in the hippocampus. *J Neurochem*, 63(2), 596-602.

Stein, M. B., Koverola, C., Hanna, C., Torchia, M. G., & McClarty, B. (1997). Hippocampal volume in women victimized by childhood sexual abuse. *Psychological Medicine*, 27, 951-959.

Sullivan, P. F., Neale, M. C., & Kendler, K. S. (2000). Genetic epidemiology of major depression: Review and meta-analysis. *The American Journal of Psychiatry*, 157, 1552-1562.

Suomi, S. J. (1991). Early stress and adult emotional reactivity in rhesus monkeys. *Ciba Foundation Symposium*, 156, 171-183; discussion 183-178.

Suomi, S. J. (1997). Early determinants of behaviour: Evidence from primate studies. *British Medical Bulletin*, 53, 170-184.

Swanson, L. W., Sawchenko, P. E., Rivier, J., & Vale, W. W. (1983). Organization of ovine corticotropin-releasing factor immunoreactive cells and fibers in the rat brain: An immunohistochemical study. *Neuroendocrinology*, 36, 165-186.

Szyf, M., Weaver, I. C., Champagne, F. A., Diorio, J., & Meaney, M. J. (2005). Maternal programming of steroid receptor expression and phenotype through DNA methylation in the rat. *Frontiers in Neuroendocrinology*, 26, 139-162.

Szyf, M., Weaver, I. C., & Meaney, M. J. (2007). Maternal care, the epigenome and phenotypic differences in behavior. *Reproductive Toxicology*, 24, 9-19.

Taravosh-Lahn, K., & Delville, Y. (2004). Aggressive behavior in female golden hamsters: Development and the effect of repeated social stress. *Hormones and Behavior*, 46, 428-435.

Toledo-Rodriguez, M., & Sandi, C. (2007). Stress before puberty exerts a sex- and age-related impact on auditory and contextual fear conditioning in the rat. *Neural Plasticity*, 2007:71203.

Tyrka, A. R., Wier, L., Price, L. H., Ross, N., Anderson, G. M., Wilkinson, C. W., et al. (2008). Childhood parental loss and adult hypothalamic-pituitary-adrenal function. *Biological Psychiatry*, *63*, 1147-1154.

Uno, H., Tarara, R., Else, J. G., Suleman, M. A., & Sapolsky, R. M. (1989). Hippocampal damage associated with prolonged and fatal stress in primates. *J Neurosci, 9*(5), 1705-1711.

Vythilingam, M., Heim, C., Newport, J., Miller, A. H., Anderson, E., Bronen, R., et al. (2002). Childhood trauma associated with smaller hippocampal volume in women with major depression. *The American Journal of Psychiatry*, *159*, 2072-2080.

Weaver, I. C., Meaney, M. J., & Szyf, M. (2006). Maternal care effects on the hippocampal transcriptome and anxiety-mediated behaviors in the offspring that are reversible in adulthood. *Proceedings of the National Academy of Sciences USA*, *103*, 3480-3485.

Weissman, M. M., Wolk, S., Goldstein, R. B., Moreau, D., Adams, P., Greenwald, S., et al. (1999). Depressed adolescents grown up. *JAMA, 281*, 1707-1713.

Weissman, M. M., Wolk, S., Wickramaratne, P., Goldstein, R. B., Adams, P., Greenwald, S., et al. (1999). Children with prepubertal-onset major depressive disorder and anxiety grown up. *Archives of General Psychiatry*, *56*, 794-801.

Welberg, L. A., Seckl, J. R., & Holmes, M. C. (2000). Inhibition of 11beta-hydroxysteroid dehydrogenase, the foeto-placental barrier to maternal glucocorticoids, permanently programs amygdala GR mRNA expression and anxiety-like behaviour in the offspring. *The European Journal of Neuroscience*, *12*, 1047-1054.

Welberg, L. A., Seckl, J. R., & Holmes, M. C. (2001). Prenatal glucocorticoid programming of brain corticosteroid receptors and corticotrophin-releasing hormone: Possible implications for behaviour. *Neuroscience*, *104*, 71-79.

Wessa, M., Karl, A., & Flor, H. (2005). Central and peripheral psychophysiological responses to trauma-related cues in subclinical posttraumatic stress disorder: A pilot study. *Experimental Brain Research, 167*, 56-65.

Wong, M. L., Kling, M. A., Munson, P. J., Listwak, S., Licinio, J., Prolo, P., et al. (2000). Pronounced and sustained central hypernoradrenergic function in major depression with melancholic features: Relation to hypercortisolism and corticotropin-releasing hormone. *Proceedings of the National Academy of Sciences USA*, *97*, 325-330.

Yehuda, R., Bierer, L. M., Schmeidler, J., Aferiat, D. H., Breslau, I., & Dolan, S. (2000). Low cortisol and risk for PTSD in adult offspring of holocaust survivors. *The American Journal of Psychiatry, 157*, 1252-1259.

Yehuda, R., Blair, W., Labinsky, E., & Bierer, L. M. (2007). Effects of parental PTSD on the cortisol response to dexamethasone administration in their adult offspring. *The American Journal of Psychiatry, 164*, 163-166.

Yehuda, R., Engel, S. M., Brand, S. R., Seckl, J., Marcus, S. M., & Berkowitz, G. S. (2005). Transgenerational effects of posttraumatic stress disorder in babies of mothers exposed to the World Trade Center attacks during pregnancy. *The Journal of Clinical Endocrinology and Metabolism*, *90*, 4115-4118.

Yehuda, R., Golier, J. A., Harvey, P. D., Stavitsky, K., Kaufman, S., Grossman, R. A., et al. (2005). Relationship between cortisol and age-related memory impairments in Holocaust survivors with PTSD. *Psychoneuroendocrinology, 30*, 678-687.

Yehuda, R., Golier, J. A., & Kaufman, S. (2005). Circadian rhythm of salivary cortisol in Holocaust survivors with and without PTSD. *The American Journal of Psychiatry, 162*, 998-1000.

Yehuda, R., Halligan, S. L., & Bierer, L. M. (2001). Relationship of parental trauma exposure and PTSD to PTSD, depressive and anxiety disorders in offspring. *Journal of Psychiatric Research, 35*, 261-270.

Yehuda, R., Kahana, B., Binder-Brynes, K., Southwick, S. M., Mason, J. W., & Giller, E. L. (1995). Low urinary cortisol excretion in Holocaust survivors with posttraumatic stress disorder. *The American Journal of Psychiatry, 152*, 982-986.

Yehuda, R., Schmeidler, J., Giller, E. L. Jr., Siever, L. J., & Binder-Brynes, K. (1998). Relationship between posttraumatic stress disorder characteristics of Holocaust survivors and their adult offspring. *The American Journal of Psychiatry*, *155*, 841-843.

Yehuda, R., Southwick, S. M., Krystal, J. H., Bremner, D., Charney, D. S., & Mason, J. W. (1993). Enhanced suppression of cortisol following dexamethasone administration in posttraumatic stress disorder. *The American Journal of Psychiatry, 150*, 83-86.

Zalsman, G., Huang, Y. Y., Oquendo, M. A., Burke, A. K., Hu, X. Z., Brent, D. A., et al. (2006). Association of a triallelic serotonin transporter gene promoter region (5-HTTLPR) polymorphism with stressful life events and severity of depression. *The American Journal of Psychiatry, 163*, 1588-1593.

Zhang, T. Y., Parent, C., & Weaver, I. C, & Meaney, M. J. (2004). Maternal programming of individual differences in defensive responses in the rat. *Annals of the New York Academy of Sciences*, *1032*, 85-103.

Zobel, A. W., Nickel, T., Kunzel, H. E., Ackl, N., Sonntag, A., Ising, M., et al. (2000). Effects of the high-affinity corticotropin-releasing hormone receptor 1 antagonist R121919 in major depression: The first 20 patients treated. *Journal of Psychiatric Research, 34*, 171-181.

## SUGGESTED READINGS

Bradley, R. G., Binder, E. B., Epstein, M. P., Tang, Y., Nair, H. P., Liu, W., et al. (2008). Influence of child abuse on adult depression: Moderation by the corticotropin-releasing hormone receptor gene. *Archives of General Psychiatry*, *65*, 190-200.

Binder, E. B., Bradley, R. G., Liu, W., Epstein, M. P., Deveau, T. C., Mercer, K. B., et al. (2008). Association of FKBP5 polymorphisms and childhood abuse  with

risk of posttraumatic stress disorder symptoms in adults. *JAMA, 299,* 1291-1305.

Nemeroff, C. B., Bremner, J. D., Foa, E. B., Mayberg, H. S., North, C. S., & Stein, M. B. (2006). Posttraumatic stress disorder: A state-of-the-science review. *Journal of Psychiatric Research, 40,* 1-21.

Heim, C., Newport, D. J., Mletzko, T., Miller, A. H., & Nemeroff, C. B. (2008). The link between childhood trauma and depression: Insights from the HPA axis studies in humans. *Psychoneuroendocrinology, 33,* 693-710.

*Gretchen N. Neigh was born in Butler, Pennsylvania, and graduated from Butler Senior High School in 1994. She attended Washington & Jefferson College in Washington, Pennsylvania, and graduated summa cum laude with a Bachelor of Arts in biology in 1998. Shortly after graduation, she began work on her doctorate in neuroscience at The Ohio State University in Columbus, Ohio. Dr. Neigh trained in the laboratories of A. Courtney DeVries, PhD and Randy J. Nelson, PhD in psycho-neuroendocrinology, neuroimmunology, and cerebral vascular biology. After completion of her PhD in neuroscience in 2004, she moved to Atlanta, Georgia, to complete an NIH-funded fellowship in developmental neurobiology, studying the link between cardiovascular disease and depression with Charles B. Nemeroff, MD, PhD. Dr. Neigh is currently an assistant professor of Psychiatry & Behavioral Sciences in the Emory University School of Medicine and a member of the Center for Behavioral Neuroscience. She is currently funded by a NAR-SAD Young Investigator's Award and an American Heart Association Scientist Development Grant.*

*Charles F. "Rickey" Gillespie was born in Atlanta, Georgia, and grew up in Albany, Georgia. He attended the University of Georgia where he earned a BA in psychology and an MA in counseling. Subsequently, he returned to Atlanta to work in the laboratory of Dr. H. Elliott Albers of Georgia State University conducted  research on the neurochemistry of circadian rhythms that led to his PhD in neurobiology. He then attended medical school at the Medical College of Georgia and trained in psychiatry at Emory University. His fellowship training in molecular and psychiatric genetics was also at Emory University with Drs. Kerry Ressler, Joe Cubells, and Elisabeth Binder. His primary research interest is the study of human molecular and population genetics as applied to the developmental psychobiology of trauma and stress. He is currently an assistant professor of Psychiatry and Behavioral Sciences in the Emory University School of Medicine.*

*Charles Nemeroff was born in New York City in 1949 and educated in the New York City Public School System. After graduating from the City College of New York in 1970, he enrolled in graduate school at Northeastern University and received a Master's degree in Biology in 1973. He received his MD and PhD (Neurobiology) from the University of North Carolina at Chapel Hill. His residency training in psychiatry was conducted at both the University of North Carolina and the Duke University, after which he joined the faculty of Duke University. At Duke, he was a professor of Psychiatry and Pharmacology and a chief of the Division of Biological Psychiatry before relocating in 1991 to Emory University School of Medicine in Atlanta, Georgia, where he is the Reunette W. Harris Professor of the Department of Psychiatry Department of Psychiatry and Behavioral Sciences. His research has concentrated on the biological basis of the major neuropsychiatric disorders, including affective disorders, schizophrenia, and anxiety disorders. His clinical research is focused on the use of genetic, neuroendocrine, neuroimaging, and neurochemical methods to comprehensively understand the pathophysiology of depression. In recent years, he has uncovered the neurobiological mechanisms that mediate the increased risk of depression in victims of child abuse. He has also contributed to other seminal findings such as the burgeoning area of research concerning the relationship of depression to cardiovascular disease, as well as to identifying predictors of specific antidepressant  treatment responses.*